# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - TRIAL

| | |
|---|---|
| Case No.  CR 05-398 PA | Date  June 13, 2006 |

Present: The Honorable  PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

Interpreter  None

| C. Kevin Reddick | Jennifer Cheshire | Doug Fuchs / Mike Wilner |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Stuart Wolff | X | | X | Lawrence Barcella | X | | X |
| | | | | Howard Privette | X | | X |
| | | | | Jeff Ifrah | X | | X |
| | | | | Gillian Garrett | X | | X |

_____ Day COURT TRIAL          33rd  Day JURY TRIAL

__X__ Witnesses called, sworn and testified.

__X__ Exhibits identified          __X__ Exhibits admitted

_____ Government rests.          Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

_____ Motion for judgment of acquittal (FRCrP 29)     is _____ granted _____ denied _____ submitted

_____ Closing arguments made     _____ Court instructs jury     _____ Bailiff sworn

_____ Alternates excused     _____ Jury retires to deliberate     _____ Jury resumes deliberations

_____ Finding by Court as follows:          _____ Jury Verdict as follows:

Dft # _____ Guilty on count(s)          _____ Not Guilty on count(s)

_____ Jury polled          _____ Polling waived

_____ Filed Witness & Exhibit lists     _____ Filed Jury notes     _____ Filed Jury Instructions     _____ Filed Jury Verdict

_____ Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

_____ Dft # _____ remanded to custody.     _____ Remand/Release# _____ issd.     Dft # _____ released from custody.

_____ Bond exonerated as to Dft # _____

__X__ Case continued to   June 14, 2005 at 8:00 a.m.   for further jury trial/further jury deliberation.

Other: _____

Initials of Deputy Clerk _____  2 ___ 15

DOCKETED ON CM
JUN 16 2006
BY _____

cc: USPO / PSA