SEND

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

Case No.    CR 05-398 PA                                              Date    June 14, 2006

Present: The Honorable   · PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

Interpreter    None

| C. Kevin Reddick | Jennifer Cheshire | Doug Fuchs / Mike Wilner |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Stuart Wolff | X | | X | Lawrence Barcella | X | | X |
| | | | | Howard Privette | X | | X |
| | | | | Jeff Ifrah | X | | X |
| | | | | Gillian Garrett | X | | X |

_____ Day COURT TRIAL                    34th   Day JURY TRIAL

__X__ Witnesses called, sworn and testified.

__X__ Exhibits identified           __X__ Exhibits admitted

_____ Government rests.      Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

_____ Motion for judgment of acquittal (FRCrP 29)   is _____ granted _____ denied _____ submitted

_____ Closing arguments made        _____ Court instructs jury        _____ Bailiff sworn

_____ Alternates excused        _____ Jury retires to deliberate        _____ Jury resumes deliberations

_____ Finding by Court as follows:                 _____ Jury Verdict as follows:

Dft # _____ Guilty on count(s)                 _____ Not Guilty on count(s)

_____ Jury polled                 _____ Polling waived

_____ Filed Witness & Exhibit lists     _____ Filed Jury notes     _____ Filed Jury Instructions     _____ Filed Jury Verdict

_____ Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

_____ Dft # _____ remanded to custody.     _____ Remand/Release# _____ issd.     _____ Dft # _____ released from custody.

_____ Bond exonerated as to Dft # _____

__X__ Case continued to   June 15, 2006 at 8:00 a.m.     for further jury trial/further jury deliberation.

Other: _____

DOCKETED ON CM

JUN 26 2006

BY _____ 017

Initials of Deputy Clerk                                4        45

cc: USPO / PSA

CR-78 (01/05)                              CRIMINAL MINUTES - TRIAL                              Page 1 of 1