# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

Case No.     CR 05-398 PA                                              Date    June 22, 2006

Present: The Honorable    PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

Interpreter     None

| C. Kevin Reddick | Jennifer Cheshire | Doug Fuchs / Mike Wilner |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Stuart Wolff | X | | X | Lawrence Barcella | X | | X |
| | | | | Howard Privette | X | | X |
| | | | | Jeff Ifrah | X | | X |

\_\_\_\_ Day COURT TRIAL           40th Day JURY TRIAL

\_\_\_\_ Witnesses called, sworn and testified.

\_\_\_\_ Motion for judgment of acquittal (FRCrP 29)    \_\_\_\_ is    \_\_\_\_ granted    \_\_\_\_ denied    \_\_\_\_ submitted

\_\_\_\_ Finding by Court as follows:    X Jury Verdict as follows:

Dft # 1    X Guilty on count(s)    1-13 & 16-20    \_\_\_\_ Not Guilty on count(s)

X Jury polled            \_\_\_\_ Polling waived

X Filed Witness & Exhibit lists    X Filed Jury notes    X Filed Jury Instructions    X Filed Jury Verdict

X Dft#1   X Referred to Probation Office for Investigation & Report and continued to   9-11-06@8:30   for sentencing.

X Dft#1   X remanded to custody.   X Remand/Release# D7432 issd.   Dft # \_\_\_\_ released from custody.

\_\_\_\_ Bond exonerated as to Dft # \_\_\_\_

\_\_\_\_ Case continued to \_\_\_\_

Counsel are notified that Rule 32 of the Federal Rules of Criminal Procedure requires the parties to notify the Probation Officer, and each other, of any objections to the Presentence Report within fourteen (14) days of receipt. Alternatively, counsel may file such objections no later than twenty-one (21) days before sentencing. The Court construes "objections" to include departure arguments. Any party who intends to move for a continuance of the sentencing hearing shall, not later than noon on the Tuesday preceding the hearing date, notify opposing counsel and the court clerk. Strict compliance with these deadlines is <u>mandatory</u> because untimely filings interfere with the abilities of the Probation Office and of the Court to prepare for sentencing.

Other:    Failure to meet these deadlines is grounds for sanctions.

DOCKETED ON CM    JUN 29 2006    BY

43

Initials of Deputy Clerk

cc: USPO / PSA

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

D 7432

TO: UNITED STATES MARSHAL

PURSUANT TO AN ORDER OF COURT, YOU ARE AUTHORIZED AND DIRECTED TO

☐ RELEASE FROM CUSTODY ☒ TAKE INTO CUSTODY (NAME) Stuart Wolff

CASE NO. CR 05-398 PA    CHARGE 18:371 / 15:78m(a)(2)
IN THIS CASE FOR THE FOLLOWING REASON:    78ff(a) / 17:240.126-20 et al.

☐ DEFENDANT ACQUITTED OF THIS CHARGE    ☐ DEFENDANT SENTENCED TO A PERIOD OF PROBATION

☐ DEFENDANT RESTORED TO PROBATIONARY STATUS    ☐ DEFENDANT'S PRIOR BOND REINSTATED

☐ DEFENDANT SENTENCED TO A PERIOD OF INCARCERATION    ☐ OTHER _____

Issued on 6-22-06

at 12:44 p.m.

CLERK, U.S. DISTRICT COURT

By: _____
Deputy Clerk

Distribution:
White copy - Deputy Marshal in court
Blue copy - Marshal's office after adjournment of court
Pink copy - remain in book