SEND

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. CR 05-00398 PA | Date June 23, 2006 |

Present: The Honorable **PERCY ANDERSON, UNITED STATES DISTRICT JUDGE**

Interpreter None

| C. Kevin Reddick | Leslie King | Mike Wilner<br>Doug Fuchs |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. Stuart Wolff | X | X | | 1. Lawrence Barcella | X | | X |
| | | | | Howard Privette | X | | X |

**Proceedings:** **Bail Hearing**

Bail hearing is held. Motion for bail is denied without prejudice.

DOCKETED ON CM
JUL - 6 2006
BY ____ 017

Initials of Deputy Clerk