1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 06-50683 |
|---|---|
| Plaintiff, | CR 05-398 PA |
| v. | FINDING ON LIMITED REMAND |
| STUART H. WOLFF, | |
| Defendant. | |

This matter comes before the Court on limited remand from the United States Court of Appeals for the Ninth Circuit. <u>United States v. Stuart H. Wolff</u>, No. 50683 (Order of December 29, 2006). This Court is requested to "state, orally, or in writing, whether appellant is likely to flee or pose a danger to the safety of any other person in the community if released on bail pending appeal, and whether the appeal is for the purpose of delay pursuant to the requirements of Rule 9 of the Federal Rules of Appellate Procedure. Fed. R. App. P. 9, 18 U.S.C. § 3143(b)(1); and <u>United States v. Wheeler</u>, 795 F.2d 839, 841 (9th Cir. 1986) (order).

On January 5, 2007, the Court entered a final judgment that included a 15-year term of imprisonment, a $5 million fine and an $8.6 million order of restitution. The defendant is currently on bond that includes an asset freeze order, a $4 million cash bond secured by his residence, private securities and a portion of the equity in his parent's Oklahoma residence.

1  The defendant is also subject to home detention.[1/]

2  The Court remains concerned that given the length of the sentence, the defendant's
3  access to substantial amounts of what the jury found were illegally obtained funds, his
4  ability to establish a residence in Switzerland, and his refusal to accept responsibility for his
5  crimes, that there is a serious question whether the defendant is likely to flee.  However, the
6  Court concludes that while it is a close question, the defendant has met his burden and finds
7  that he is not likely to flee during appeal or pose a danger a danger to the community, and
8  that his appeal is not for the purpose of delay.

9  The clerk is directed serve a copy of this document on all parties.

10  DATED:  January 8, 2007

11
12                                                                 _____
                                                                         Percy Anderson
                                                                  UNITED STATES DISTRICT JUDGE

---

[1/]    The current bond conditions were imposed prior to the entry of judgment and were intended to permit the defendant's release during the short period between conviction and sentencing.  They are not suited for the extended period pending appeal.  The current conditions are in need of modification since they do not take into account the monetary component of the judgment and involve the Court in the inefficient day-to-day management of the defendant's considerable assets.  Nevertheless, in view of the Court of Appeals' finding that the defendant has raised "a substantial question of law or fact, that is likely to result in reversal or an order for a new trial," this court believes that the current conditions of bond can be modified to secure the defendant's appearance pending appeal.