FILED
2007 AUG -2 PM 3:44
CLERK ... COURT
CEN... CALIF.
... ANGELES
BY ____

FILED
2006 JUL 31 AM 10:37
... COURT
... CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) <br> v. | CR 05-398 PA |
| STUART H. WOLFF: Ursula Wolff - ~~child~~'s passport  *wife's* <br><br> DEFENDANT(S). | **NOTICE OF DELIVERANCE OF FOREIGN PASSPORT AND RECEIPT** |

To:   Detention & Removal
      300 North Los Angeles St., Room 7631
      Los Angeles, CA 90012

On __July 31, 2006__, Passport Number __F1598477__, issued to the above-named defendant from __SWITZERLAND__, was surrendered to the custody of the Clerk of Court pursuant to Court Order.

Clerk, U. S. District Court

__July 31, 2006__                            By __Rosalind Tyus-Simon__
Date                                              Deputy Clerk

*Distribution of Notice: Original to Detention & Removal and copy to be kept with passport; one copy to file; one copy to deft., if requested.*

## RECEIPT

This will acknowledge receipt of Passport Number __F1598477__ previously surrendered to the Clerk of Court pursuant to a prior Order of Court.

Document used for identification purposes: __DL # 8583__

__8-2-07__                                   __James Wolff__ (signature)
Date                                              Signature of Owner of Passport

551

*Distribution of Receipt: Original to case file; copy to Detention & Removal; copy to deft., if requested.*

CR-98 (10/04)           NOTICE OF DELIVERANCE OF FOREIGN PASSPORT AND RECEIPT