**DECLARATION OF MIMI LE**

I, MIMI LE, do hereby declare as follows:

I have personal knowledge of the following facts and, if called upon as a witness, I could and would competently testify to these facts.

1.   I am an analyst and investigator with the NASD's Criminal Prosecution Assistance Group (CPAG).  The NASD is the primary private-sector regulator of the securities industry in the United States.  Among other activities, the NASD monitors all trading on the Nasdaq Stock Market.  CPAG's responsibility is to assist prosecuting agencies and provide litigative support for cases involving securities fraud, including those involving Nasdaq-listed securities.

2.   I have worked for the NASD in various professional capacities for 5 years, and for CPAG for 2 years.  I am also a member of the bar of the State of California.

3.   At the request of the United States Attorney, I have reviewed loss calculations and verified the validity of source data related to the Homestore criminal case.  Although familiar with the securities industry, CPAG personnel generally do not testify as experts and did not do so in this case.  For this reason, I have not attempted to analyze these calculations and do not offer any opinion regarding the loss issues in this matter.

4.   I have reviewed Homestore's Form 10-Q filed with the SEC on May 15, 2001.  According to that filing, Homestore had 107,490,834 shares of stock outstanding at the end of the first quarter of 2001.  I have also reviewed a proxy statement

1    filed with the SEC in April 2001.  According to that filing,
2    Stuart Wolff owned 3,214,991 shares or exercisable options in
3    Homestore stock.  By deducting Wolff's shares from this total, I
4    determined that there were <u>104,275,843</u> shares of Homestore stock
5    outstanding in April and May 2001 that Wolff did not control.
6    True and correct copies of relevant excerpts from the 10-Q and
7    the proxy statement are attached to this declaration at
8    Exhibits 1 and 2.

9         5.   The Yahoo! Finance website obtains trading information
10   about Nasdaq-listed securities (including daily closing prices)
11   directly from Nasdaq.  Yahoo! Finance is a reliable source for
12   this publicly available information, and it is regularly relied
13   upon by CPAG personnel and others in the brokerage industry.  I
14   reviewed the daily closing price for Homestore's stock (now
15   traded under the ticker symbol "MOVE") for the period April 26
16   through December 21, 2001, as reported on Yahoo! Finance.  I
17   calculated that the average daily closing price of Homestore's
18   stock during that period was $18.13.  A true and correct copy of
19   printouts of the stock price data obtained from the Yahoo!
20   Finance website is attached to this declaration at Exhibit 3.

21        6.   I reviewed the daily closing price for Homestore's
22   stock for the period February 22 through May 15, 2002, as
23   reported on Yahoo! Finance.  I calculated that the average daily
24   closing price of Homestore's stock during that period was $2.02.
25   A true and correct copy of printouts of the stock price data
26   obtained from the Yahoo! Finance website is attached to this
27   declaration at Exhibit 4.

28

7.   I understand that the government calculated the loss involved in this case by comparing the average value of Homestore stock during the periods identified above.  I confirm that the government accurately calculated that the difference between $18.13 (fraud period) and $2.02 (post-fraud period) per share is $16.11 per share.  I also confirm that, with 104,275,843 shares affected, the government accurately calculated that the total loss was **$1,679,883,831**.

8.   I understand that the government offers an alternative calculation of the loss in this case based on the difference in Homestore's stock price from December 21, 2001, and either February 22 or April 1, 2002.  I confirm that Homestore's closing stock price on December 21, 2001, was $3.60 per share, and $0.85 per share on February 22, 2002.  The loss per share was therefore $2.75 per share.  According to Homestore's Form 10-Q for the third quarter of 2001 (filed with the SEC on November 14, 2001), Homestore had 117,463,297 shares of stock outstanding as of November 1, 2001.  A true and correct copy of the relevant excerpt from the 10-Q is attached to this declaration at Exhibit 5.  After deducting Wolff's 3,214,991 shares, there were 114,248,306 shares outstanding that Wolff did not control.  I confirm the government's resulting loss calculation of **$314,182,842** for this period.

9.   I also confirm that Homestore's closing price on

1   April 1, 2002, was $2.32 per share.  If that figure is used, the

2   loss per share is $1.28 per share.  I confirm the government's

3   loss calculation of **$146,237,832** using that date.

4        I declare under penalty of perjury, under the laws of the

5   United States of America, that the foregoing is true and correct.

6        Executed on _____, 2006, in _____.

7

8                                _____

9                                MIMI LE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

April 1, 2002, was $2.32 per share.  If that figure is used, the loss per share is $1.28 per share.  I confirm the government's loss calculation of **$146,237,832** using that date.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on August 29, 2006, in Washington DC.

MIMI LE

----------------------------------------------------------------
----------------------------------------------------------------

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D. C. 20549

----------------

FORM 10-Q

{X} QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES
EXCHANGE ACT OF 1934

For the Quarter Ended March 31, 2001

OR

{_} TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES
EXCHANGE ACT OF 1934

For the Quarter Ended March 31, 2001

Commission File Number 000-26659

----------------

Homestore.com, Inc.
(Exact Name of Registrant as Specified in its Charter)

Delaware                                        95-4438337
(State of Other Jurisdiction                (I.R.S. Employer
Incorporation or of Organization)          Identification Number)

30700 Russell Ranch Road
Westlake Village, California                      91362
(Address of Principal Executive Office)         (Zip Code)

(805) 557-2300
(Registrant's Telephone Number, Including Area Code)

----------------

Indicate by check mark whether registrant (1) has filed all reports
required to be filed by Section 13 or 15(d) of the Securities Exchange Act of
1934 during the preceding 12 months (or for such shorter period that the
registrant was required to file such reports), and (2) has been subject to
such filing requirements for the past 90 days.

Yes {X} No {_}

At April 30, 2001, the registrant had 107,490,834 shares of its common
stock outstanding.

----------------------------------------------------------------
----------------------------------------------------------------

EXHIBIT



# UNITED STATES OF AMERICA
## SECURITIES AND EXCHANGE COMMISSION

# ATTESTATION

I HEREBY ATTEST

*that:*

*Attached is a copy of, Schedule 14A (Definitive Proxy*

*Statement) dated April 16, 2001, received in this Commission*

*April 17, 2001, under the name Homestore.com, Inc.,*

*File No. 0-26659, pursuant to the provisions of the Securities*

*Exchange Act of 1934.*

on file in this Commission

*February 16, 2005*
_____
(Date)

*Larry Mills*
*Records Officer*

It is hereby certified that the Associate Executive Director, Office of Filings and Information Services, U.S. Securities and Exchange Commission, Washington, D.C., which Commission was created by the Securities Exchange Act of 1934 (15 U.S.C. 78a et seq.) is official custodian of the records and files of said Commission, and all records and files created or established by the Federal Trade Commission pursuant to the provisions of the Securities Act of 1933 and transferred to this Commission in accordance with Section 210 of the Securities Exchange Act of 1934, and was such official custodian at the time of executing the above attestation, and that he/she, and persons holding the positions of Deputy Director, Associate Directors, Special Assistant to the Director, Records Officer, Branch Chief of Records Management, and the Program Analyst for the Records Officer, or any one of them, are authorized to execute the above attestation.

For the Commission

Jonathan G. Katz
Secretary

EXHIBIT 2

SCHEDULE 14A INFORMATION

Proxy Statement Pursuant to Section 14(a) of
the Securities Exchange Act of 1934

Filed by the Registrant {X}
Filed by a Party other than the Registrant {_}
Check the appropriate box:
{_} Preliminary Proxy Statement
{_} Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))
{X} Definitive Proxy Statement
{_} Definitive Additional Materials
{_} Soliciting Material Pursuant to (S)240.14a-11(c) or (S)240.14a-12

Homestore.com, Inc.
(Name of Registrant as Specified In Its Charter)

(Name of Person(s) Filing Proxy Statement if other than the Registrant)

Payment of Filing Fee (Check the appropriate box):

{X} No fee required.
{_} Fee computed on table below per Exchange Act Rules 14a-6(i)(1) and 0-11.
  1)  Title of each class of securities to which transaction applies:

  2)  Aggregate number of securities to which transaction applies:

  3)  Per unit price or other underlying value of transaction computed
      pursuant to Exchange Act Rule 0-11 (set forth the amount on which the
      filing fee is calculated and state how it was determined):

  4)  Proposed maximum aggregate value of transaction:

  5)  Total fee paid:
{_} Fee paid previously with preliminary materials:
{_} Check box if any part of the fee is offset as provided by Exchange Act
    Rule 0-11(a)(2) and identify the filing for which the offsetting fee was
    paid previously. Identify the previous filing by registration statement
    number, or the Form or Schedule and the date of its filing.
  1)  Amount previously paid:

  2)  Form, Schedule or Registration Statement No.:

  3)  Filing Party:

  4)  Date Filed:

HOMESTORE.COM INC - PROXY

Filing Date: 04/17/2001

| Name of Beneficial Owner | Shares Beneficially Owned | |
|---|---|---|
| | Number | Percent |
| Richard A. Smith(1) | 21,614,105 | 20.2% |
|    Cendant Corporation | | |
| L. John Doerr(2) | 6,021,053 | 5.6 |
|    Kleiner Perkins Caufield & Byers | | |
| Capital Research and Management Company(3) | 5,327,300 | 5.0 |
| Terrence M. McDermott(4) | 4,025,640 | 3.8 |
|    National Association of REALTORS(R) | | |
| Stuart H. Wolff, Ph.D.(5) | 3,214,991 | 3.0 |
| Michael A. Buckman(6) | 599,054 | * |
| Joe F. Hanauer(7) | 456,347 | * |
|    Ingleside Interests, L.P. | | |
| John M. Giesecke, Jr.(8) | 358,821 | * |
| Peter B. Tafeen(9) | 263,722 | * |
| David M. Rosenblatt(10) | 183,448 | * |
| Kenneth K. Klein(11) | 42,666 | * |
| Barbara T. Alexander | -- | * |
| William E. Kelvie | -- | * |
| All 15 directors and executive officers as a group(12) | 37,245,708 | 34.3 |

--------
*    Represents beneficial ownership of less than 1%.

(1)  Includes the shares held by Cendant, of which Mr. Smith is the Chairman
     and Chief Executive Officer of the Real Estate Division of Cendant. As
     part of the acquisition of Move.com, Inc. and Welcome Wagon
     International, Inc., Cendant has agreed that for the periods of time and
     in the circumstances described in the agreements relating to the
     acquisition, Cendant will vote the Homestore shares that it holds in the
     same manner and proportion as the votes cast by the holders of our
     voting stock other than Cendant or its affiliates. Mr. Smith disclaims
     beneficial ownership of shares held by Cendant. Also includes 2,500
     shares held by Mr. Smith. The address of Cendant is 9 West 57th Street,
     7th Floor, New York, NY 10019.

(2)  Includes 5,486,697 shares held by Kleiner Perkins Caufield & Byers VIII,
     317,405 shares held by KPCB VIII Founders Fund, and 1,615 shares held by
     KPCB Information Sciences Zaibatsu Fund II. L. John Doerr is a general
     partner of the general partner of these funds. Mr. Doerr disclaims
     beneficial ownership of shares held by these entities except to the
     extent of his pecuniary interest in these entities. Also includes

                                    8

     197,837 shares held by Mr. Doerr and 17,499 shares subject to options that
     are held by Mr. Doerr that are vested and exercisable as of April 29,
     2001. The address of Kleiner Perkins Caufield & Byers is 2750 Sand Hill
     Road, Menlo Park, CA 94025.

(3)  Based upon the information contained in a Form 13G, dated February 12,
     2001, by Capital Research and Management Company, a registered
     investment advisor, Capital Research and Management Company beneficially
     owned 5,327,300 shares of Homestore's common stock at December 29, 2000
     with no power to vote any of such shares and sole power to dispose all

---

Disclosure Page 19

Case 2:05-cr-00398-GAF   Document 1011-1   Filed 03/11/10   Page 10 of 22   Page ID #:5000

MOVE: Historical Prices for MOVE INC - Yahoo! Finance

Page 1 of 4

Yahoo!  My Yahoo!  Mail      Make Y! your home page

**Search:**  [                    ]

**Web Search**

# YAHOO! FINANCE

**Sign In**                    Finance Home - Help
New User? Sign Up

Monday, August 21, 2006, 3:16PM ET - U.S. Markets close in 44 minutes. Dow ↓ **0.41%** Nasdaq ↓ **0.75%**

- Home
- Investing
- News & Commentary
- Retirement & Planning
- Banking & Credit
- Loans
- Insurance
- My Portfolios
- 

- Market Overview
- Market Stats
- Stocks
- Mutual Funds
- ETFs
- Bonds
- Options
- Industries
- Currency
- Education

- Get Quotes
- [                    ]
- GO
- Symbol Lookup
- Finance Search

Sign In to Create/Edit My PortfoliosFree trial of Real-Time Quotes

## Move, Inc. (MOVE)

At 3:01PM ET: **4.10** ↓

## Historical Prices

Get **Historical Prices** for: [          ] GO

### SET DATE RANGE

Start Date: [Apr ▼] [26] [2001]    Eg. Jan 1, 2003

End Date: [Dec ▼] [22] [2001]

○ Daily
○ Weekly
○ Monthly
○ Dividends Only

[Get Prices]

First | Prev | Next | Last

ADVERTISEMENT

EXHIBIT 3

MOVE: Historical Prices for MOVE INC - Yahoo! Finance

Page 2 of 4

## PRICES

| Date | Open | High | Low | Close | Volume | Adj Close* |
|------|------|------|-----|-------|--------|-----------|
| 21-Dec-01 | 3.30 | 3.65 | 3.30 | 3.60 | 1,627,600 | 3.60 |
| 20-Dec-01 | 3.03 | 3.40 | 3.00 | 3.26 | 1,252,500 | 3.26 |
| 19-Dec-01 | 3.05 | 3.26 | 2.87 | 3.04 | 1,454,500 | 3.04 |
| 18-Dec-01 | 3.05 | 3.40 | 2.98 | 3.12 | 2,144,500 | 3.12 |
| 17-Dec-01 | 2.70 | 3.30 | 2.60 | 3.03 | 2,261,700 | 3.03 |
| 14-Dec-01 | 2.69 | 2.79 | 2.55 | 2.64 | 2,029,400 | 2.64 |
| 13-Dec-01 | 2.40 | 2.96 | 2.34 | 2.68 | 5,212,200 | 2.68 |
| 12-Dec-01 | 2.30 | 2.37 | 2.21 | 2.33 | 1,146,200 | 2.33 |
| 11-Dec-01 | 2.41 | 2.47 | 2.10 | 2.29 | 2,585,000 | 2.29 |
| 10-Dec-01 | 2.56 | 2.56 | 2.34 | 2.36 | 1,583,300 | 2.36 |
| 7-Dec-01 | 2.47 | 2.74 | 2.47 | 2.50 | 1,512,400 | 2.50 |
| 6-Dec-01 | 2.81 | 2.90 | 2.31 | 2.47 | 6,525,800 | 2.47 |
| 5-Dec-01 | 3.17 | 3.25 | 3.00 | 3.10 | 1,108,100 | 3.10 |
| 4-Dec-01 | 3.18 | 3.21 | 3.07 | 3.12 | 1,109,200 | 3.12 |
| 3-Dec-01 | 3.44 | 3.55 | 3.03 | 3.03 | 1,153,300 | 3.03 |
| 30-Nov-01 | 3.45 | 3.67 | 3.31 | 3.66 | 514,800 | 3.66 |
| 29-Nov-01 | 3.57 | 3.62 | 3.31 | 3.50 | 968,900 | 3.50 |
| 28-Nov-01 | 3.72 | 3.72 | 3.50 | 3.52 | 905,200 | 3.52 |
| 27-Nov-01 | 3.41 | 3.83 | 3.37 | 3.71 | 1,920,000 | 3.71 |
| 26-Nov-01 | 3.10 | 3.46 | 3.07 | 3.44 | 1,877,500 | 3.44 |
| 23-Nov-01 | 2.99 | 3.06 | 2.99 | 3.05 | 503,400 | 3.05 |
| 21-Nov-01 | 3.09 | 3.12 | 2.95 | 2.98 | 1,166,900 | 2.98 |
| 20-Nov-01 | 3.15 | 3.18 | 3.06 | 3.07 | 2,030,500 | 3.07 |
| 19-Nov-01 | 3.26 | 3.27 | 3.06 | 3.18 | 960,300 | 3.18 |
| 16-Nov-01 | 3.10 | 3.19 | 3.00 | 3.09 | 1,542,800 | 3.09 |
| 15-Nov-01 | 3.46 | 3.48 | 3.08 | 3.09 | 4,483,000 | 3.09 |
| 14-Nov-01 | 3.89 | 3.93 | 3.45 | 3.55 | 1,515,800 | 3.55 |
| 13-Nov-01 | 3.42 | 3.88 | 3.40 | 3.77 | 3,197,200 | 3.77 |
| 12-Nov-01 | 3.29 | 3.39 | 2.94 | 3.39 | 2,069,700 | 3.39 |
| 9-Nov-01 | 3.05 | 3.27 | 3.00 | 3.22 | 1,113,100 | 3.22 |
| 8-Nov-01 | 3.41 | 3.65 | 2.91 | 3.11 | 1,650,400 | 3.11 |
| 7-Nov-01 | 3.00 | 3.46 | 2.96 | 3.42 | 1,647,800 | 3.42 |
| 6-Nov-01 | 2.79 | 3.16 | 2.78 | 3.05 | 2,632,200 | 3.05 |
| 5-Nov-01 | 2.54 | 2.95 | 2.46 | 2.79 | 6,549,700 | 2.79 |
| 2-Nov-01 | 3.35 | 3.59 | 2.20 | 2.28 | 25,129,600 | 2.28 |
| 1-Nov-01 | 5.08 | 5.15 | 4.91 | 4.99 | 2,512,100 | 4.99 |
| 31-Oct-01 | 5.26 | 5.28 | 4.95 | 5.14 | 2,197,400 | 5.14 |



WHAT'S IN YOUR SPOTLIGHT?
CLICK ON A CAR

► COUPES

► TRUCKS

► SEDANS

► SUVS

► VANS

► Find Your Vehicle

YAHOO! AUTOS

MOVE: Historical Prices for MOVE INC - Yahoo! Finance

| Date | | | | | | |
|---|---|---|---|---|---|---|
| 30-Oct-01 | 5.20 | 5.20 | 4.86 | 5.05 | 3,860,000 | 5.05 |
| 29-Oct-01 | 6.45 | 6.65 | 5.75 | 5.89 | 741,700 | 5.89 |
| 26-Oct-01 | 6.19 | 6.92 | 5.70 | 6.27 | 1,593,300 | 6.27 |
| 25-Oct-01 | 5.89 | 6.45 | 5.62 | 6.25 | 1,859,300 | 6.25 |
| 24-Oct-01 | 4.58 | 6.57 | 4.45 | 6.50 | 2,504,000 | 6.50 |
| 23-Oct-01 | 5.12 | 5.12 | 4.27 | 4.55 | 1,815,000 | 4.55 |
| 22-Oct-01 | 5.69 | 5.79 | 4.85 | 5.00 | 2,184,700 | 5.00 |
| 19-Oct-01 | 6.14 | 6.14 | 5.20 | 5.48 | 2,470,200 | 5.48 |
| 18-Oct-01 | 5.84 | 6.30 | 5.61 | 6.14 | 1,610,200 | 6.14 |
| 17-Oct-01 | 6.71 | 6.84 | 5.72 | 5.85 | 3,169,400 | 5.85 |
| 16-Oct-01 | 7.43 | 7.54 | 6.25 | 6.48 | 1,976,000 | 6.48 |
| 15-Oct-01 | 7.74 | 7.75 | 6.96 | 7.31 | 3,106,700 | 7.31 |
| 12-Oct-01 | 7.65 | 8.04 | 7.19 | 7.85 | 3,835,800 | 7.85 |
| 11-Oct-01 | 6.22 | 8.58 | 6.14 | 7.70 | 8,525,200 | 7.70 |
| 10-Oct-01 | 5.61 | 6.09 | 5.45 | 6.00 | 1,062,900 | 6.00 |
| 9-Oct-01 | 5.43 | 6.04 | 5.06 | 5.62 | 2,118,900 | 5.62 |
| 8-Oct-01 | 5.53 | 5.81 | 5.35 | 5.44 | 2,097,100 | 5.44 |
| 5-Oct-01 | 5.19 | 5.81 | 5.10 | 5.65 | 2,123,100 | 5.65 |
| 4-Oct-01 | 6.20 | 6.23 | 4.76 | 5.68 | 8,925,800 | 5.68 |
| 3-Oct-01 | 5.99 | 6.75 | 5.66 | 6.20 | 5,365,200 | 6.20 |
| 2-Oct-01 | 7.21 | 7.57 | 7.05 | 7.05 | 2,174,300 | 7.05 |
| 1-Oct-01 | 7.82 | 7.83 | 7.14 | 7.27 | 2,381,000 | 7.27 |
| 28-Sep-01 | 7.05 | 7.75 | 6.86 | 7.65 | 4,827,900 | 7.65 |
| 27-Sep-01 | 7.21 | 7.22 | 6.52 | 7.04 | 1,888,200 | 7.04 |
| 26-Sep-01 | 8.06 | 8.18 | 7.38 | 7.40 | 4,388,900 | 7.40 |
| 25-Sep-01 | 9.53 | 9.70 | 7.73 | 7.79 | 1,995,100 | 7.79 |
| 24-Sep-01 | 8.72 | 9.60 | 8.71 | 9.44 | 3,215,700 | 9.44 |
| 21-Sep-01 | 8.35 | 8.42 | 7.45 | 8.38 | 3,616,300 | 8.38 |
| 20-Sep-01 | 9.90 | 10.06 | 8.47 | 8.47 | 2,137,300 | 8.47 |

\* Close price adjusted for dividends and splits.

First | Prev | Next | Last

⤓ Download To Spreadsheet

✉ Add to Portfolio   ☼ Set Alert   ✉ Email to a Friend

Get **Historical Prices** for Another Symbol: [          ] GO Symbol Lookup

• Stock Screener                              • Splits

• Mergers & Acquisitions

Case 2:05-cr-00398-GAF   Document 1011-1   Filed 03/11/10   Page 13 of 22   Page ID
#:8069

MOVE: Historical Prices for MOVE INC - Yahoo! Finance
Page 2 of 4

**PRICES**

| Date | Open | High | Low | Close | Volume | Adj Close* |
|---|---|---|---|---|---|---|
| 19-Sep-01 | 10.75 | 11.34 | 9.10 | 10.03 | 4,204,000 | 10.03 |
| 18-Sep-01 | 12.98 | 13.15 | 10.50 | 10.95 | 3,425,300 | 10.95 |
| 17-Sep-01 | 14.40 | 14.48 | 11.71 | 12.85 | 3,289,700 | 12.85 |
| 10-Sep-01 | 15.75 | 16.62 | 15.40 | 15.99 | 747,800 | 15.99 |
| 7-Sep-01 | 16.21 | 16.25 | 15.50 | 15.80 | 1,470,700 | 15.80 |
| 6-Sep-01 | 16.27 | 16.70 | 15.95 | 16.31 | 1,641,400 | 16.31 |
| 5-Sep-01 | 16.97 | 17.30 | 16.05 | 16.60 | 3,366,100 | 16.60 |
| 4-Sep-01 | 16.61 | 17.41 | 16.30 | 17.00 | 1,811,600 | 17.00 |
| 31-Aug-01 | 16.20 | 17.00 | 16.10 | 16.57 | 1,728,600 | 16.57 |
| 30-Aug-01 | 14.78 | 16.80 | 14.45 | 16.26 | 4,017,000 | 16.26 |
| 29-Aug-01 | 16.62 | 16.63 | 13.85 | 14.96 | 10,401,600 | 14.96 |
| 28-Aug-01 | 18.68 | 18.72 | 15.97 | 16.30 | 3,244,000 | 16.30 |
| 27-Aug-01 | 20.06 | 20.28 | 18.40 | 18.60 | 4,991,700 | 18.60 |
| 24-Aug-01 | 20.56 | 21.64 | 20.55 | 21.58 | 847,200 | 21.58 |
| 23-Aug-01 | 20.61 | 20.75 | 20.40 | 20.50 | 1,062,500 | 20.50 |
| 22-Aug-01 | 20.65 | 21.37 | 20.55 | 20.65 | 1,695,200 | 20.65 |
| 21-Aug-01 | 21.85 | 22.00 | 20.50 | 20.50 | 3,061,000 | 20.50 |
| 20-Aug-01 | 21.65 | 21.89 | 21.37 | 21.89 | 1,321,100 | 21.89 |
| 17-Aug-01 | 21.58 | 22.21 | 21.55 | 21.66 | 1,161,600 | 21.66 |
| 16-Aug-01 | 22.09 | 22.66 | 22.00 | 22.40 | 1,265,000 | 22.40 |
| 15-Aug-01 | 22.83 | 23.08 | 21.75 | 22.36 | 1,357,400 | 22.36 |
| 14-Aug-01 | 22.00 | 23.23 | 21.95 | 22.81 | 1,233,000 | 22.81 |
| 13-Aug-01 | 22.00 | 22.00 | 19.87 | 21.61 | 2,880,700 | 21.61 |
| 10-Aug-01 | 24.05 | 24.05 | 21.44 | 21.60 | 2,170,900 | 21.60 |
| 9-Aug-01 | 25.30 | 25.31 | 23.30 | 24.05 | 867,500 | 24.05 |
| 8-Aug-01 | 26.15 | 26.20 | 24.90 | 25.30 | 2,159,700 | 25.30 |
| 7-Aug-01 | 27.00 | 27.25 | 25.62 | 26.48 | 1,720,400 | 26.48 |
| 6-Aug-01 | 27.67 | 28.52 | 26.43 | 27.38 | 838,200 | 27.38 |
| 3-Aug-01 | 27.80 | 27.85 | 27.46 | 27.65 | 593,500 | 27.65 |
| 2-Aug-01 | 28.24 | 28.25 | 27.50 | 27.77 | 740,000 | 27.77 |
| 1-Aug-01 | 28.00 | 28.30 | 27.31 | 28.03 | 1,112,000 | 28.03 |
| 31-Jul-01 | 28.00 | 28.11 | 27.35 | 27.60 | 1,589,500 | 27.60 |
| 30-Jul-01 | 27.70 | 28.25 | 26.97 | 27.90 | 2,041,300 | 27.90 |
| 27-Jul-01 | 27.39 | 29.19 | 26.95 | 27.75 | 2,366,500 | 27.75 |
| 26-Jul-01 | 28.21 | 28.30 | 26.76 | 27.34 | 5,013,500 | 27.34 |
| 25-Jul-01 | 24.55 | 28.25 | 22.55 | 25.70 | 3,143,700 | 25.70 |
| 24-Jul-01 | 26.85 | 26.90 | 23.63 | 24.38 | 1,553,800 | 24.38 |

Enter your search

▸ Search Shopping

MOVE: Historical Prices for MOVE INC - Yahoo! Finance

Page 3 of 4

| | | | | | | |
|---|---|---|---|---|---|---|
| 23-Jul-01 | 27.62 | 28.24 | 26.70 | 26.91 | 667,400 | 26.91 |
| 20-Jul-01 | 27.35 | 27.75 | 26.15 | 27.53 | 559,400 | 27.53 |
| 19-Jul-01 | 27.90 | 29.05 | 27.35 | 27.55 | 1,277,800 | 27.55 |
| 18-Jul-01 | 28.44 | 28.50 | 27.60 | 27.78 | 583,400 | 27.78 |
| 17-Jul-01 | 28.13 | 28.90 | 28.01 | 28.56 | 879,300 | 28.56 |
| 16-Jul-01 | 31.12 | 31.55 | 28.13 | 28.15 | 1,185,200 | 28.15 |
| 13-Jul-01 | 31.07 | 31.22 | 30.37 | 31.07 | 1,381,100 | 31.07 |
| 12-Jul-01 | 30.14 | 31.64 | 28.25 | 31.21 | 2,837,400 | 31.21 |
| 11-Jul-01 | 30.35 | 30.35 | 29.30 | 30.00 | 801,600 | 30.00 |
| 10-Jul-01 | 31.35 | 32.55 | 30.17 | 30.25 | 1,103,600 | 30.25 |
| 9-Jul-01 | 33.00 | 33.24 | 30.01 | 31.01 | 3,408,200 | 31.01 |
| 6-Jul-01 | 35.06 | 35.84 | 34.84 | 35.29 | 1,294,200 | 35.29 |
| 5-Jul-01 | 36.05 | 36.25 | 35.00 | 35.65 | 1,846,700 | 35.65 |
| 3-Jul-01 | 36.11 | 36.99 | 35.74 | 36.40 | 938,300 | 36.40 |
| 2-Jul-01 | 35.01 | 36.69 | 34.58 | 36.48 | 1,528,900 | 36.48 |
| 29-Jun-01 | 34.41 | 35.37 | 34.26 | 34.96 | 1,206,500 | 34.96 |
| 28-Jun-01 | 33.89 | 34.60 | 33.83 | 34.41 | 1,772,100 | 34.41 |
| 27-Jun-01 | 33.80 | 34.15 | 32.50 | 33.69 | 956,000 | 33.69 |
| 26-Jun-01 | 32.80 | 34.13 | 32.55 | 33.97 | 1,370,600 | 33.97 |
| 25-Jun-01 | 31.95 | 33.70 | 31.52 | 33.00 | 829,100 | 33.00 |
| 22-Jun-01 | 31.50 | 33.05 | 30.90 | 31.62 | 944,600 | 31.62 |
| 21-Jun-01 | 28.73 | 33.26 | 28.72 | 31.48 | 3,169,300 | 31.48 |
| 20-Jun-01 | 27.85 | 28.84 | 27.58 | 28.71 | 907,600 | 28.71 |
| 19-Jun-01 | 28.00 | 28.80 | 27.74 | 28.00 | 899,100 | 28.00 |
| 18-Jun-01 | 27.21 | 28.38 | 26.94 | 27.50 | 1,341,100 | 27.50 |
| 15-Jun-01 | 26.96 | 28.15 | 26.24 | 27.15 | 1,508,200 | 27.15 |
| 14-Jun-01 | 26.93 | 27.28 | 26.85 | 26.86 | 1,292,900 | 26.86 |
| 13-Jun-01 | 26.40 | 27.44 | 26.10 | 26.94 | 2,380,400 | 26.94 |
| 12-Jun-01 | 26.39 | 27.00 | 25.85 | 26.35 | 971,400 | 26.35 |

* Close price adjusted for dividends and splits.

First | Prev | Next | Last

⬐ Download To Spreadsheet

✉ Add to Portfolio    ✸ Set Alert    ✉ Email to a Friend

Get **Historical Prices** for Another Symbol: [_____] GO Symbol Lookup

- Stock Screener
- Splits
- Mergers & Acquisitions

MOVE: Historical Prices for MOVE INC - Yahoo! Finance

Case 2:05-cr-00398-GAF   Document 1011-1   Filed 03/11/10   Page 15 of 22   Page ID #:3005

Page 2 of 3

**PRICES**

| Date | Open | High | Low | Close | Volume | Adj Close* |
|------|------|------|-----|-------|--------|-----------|
| 11-Jun-01 | 25.60 | 26.81 | 25.60 | 26.45 | 1,342,800 | 26.45 |
| 8-Jun-01 | 26.75 | 26.75 | 24.50 | 25.60 | 2,238,800 | 25.60 |
| 7-Jun-01 | 28.02 | 28.03 | 26.35 | 26.85 | 2,249,000 | 26.85 |
| 6-Jun-01 | 28.31 | 28.31 | 27.61 | 28.09 | 1,850,600 | 28.09 |
| 5-Jun-01 | 27.10 | 28.47 | 26.80 | 28.30 | 1,337,100 | 28.30 |
| 4-Jun-01 | 27.01 | 27.50 | 26.52 | 27.24 | 1,631,500 | 27.24 |
| 1-Jun-01 | 28.34 | 29.00 | 27.95 | 28.35 | 646,900 | 28.35 |
| 31-May-01 | 26.76 | 28.73 | 26.75 | 28.45 | 804,500 | 28.45 |
| 30-May-01 | 29.67 | 29.70 | 26.24 | 26.60 | 846,800 | 26.60 |
| 29-May-01 | 29.81 | 30.65 | 29.06 | 29.90 | 1,089,100 | 29.90 |
| 25-May-01 | 30.75 | 30.81 | 29.50 | 29.83 | 536,200 | 29.83 |
| 24-May-01 | 31.28 | 31.70 | 29.63 | 30.63 | 1,104,000 | 30.63 |
| 23-May-01 | 34.40 | 34.45 | 31.05 | 31.05 | 620,400 | 31.05 |
| 22-May-01 | 34.02 | 34.75 | 33.75 | 34.65 | 1,687,600 | 34.65 |
| 21-May-01 | 32.95 | 34.08 | 32.75 | 33.90 | 1,469,800 | 33.90 |
| 18-May-01 | 33.15 | 33.60 | 32.40 | 33.04 | 1,740,000 | 33.04 |
| 17-May-01 | 31.18 | 33.70 | 30.47 | 33.35 | 2,424,600 | 33.35 |
| 16-May-01 | 29.43 | 30.60 | 28.55 | 30.50 | 972,200 | 30.50 |
| 15-May-01 | 29.00 | 30.00 | 28.71 | 29.44 | 772,400 | 29.44 |
| 14-May-01 | 30.13 | 30.20 | 27.50 | 28.69 | 2,115,000 | 28.69 |
| 11-May-01 | 32.63 | 32.63 | 26.55 | 29.91 | 4,503,800 | 29.91 |
| 10-May-01 | 33.21 | 33.64 | 32.60 | 32.88 | 1,675,700 | 32.88 |
| 9-May-01 | 32.61 | 33.11 | 31.90 | 32.56 | 913,000 | 32.56 |
| 8-May-01 | 33.85 | 34.10 | 32.75 | 33.12 | 1,068,800 | 33.12 |
| 7-May-01 | 34.96 | 35.12 | 33.16 | 33.74 | 1,348,700 | 33.74 |
| 4-May-01 | 35.55 | 36.53 | 34.35 | 34.70 | 1,677,600 | 34.70 |
| 3-May-01 | 35.40 | 37.16 | 35.35 | 36.04 | 1,837,900 | 36.04 |
| 2-May-01 | 33.34 | 36.65 | 33.32 | 35.90 | 2,981,800 | 35.90 |
| 1-May-01 | 32.04 | 33.30 | 31.72 | 33.20 | 1,763,200 | 33.20 |
| 30-Apr-01 | 33.40 | 33.40 | 31.85 | 31.95 | 2,585,900 | 31.95 |
| 27-Apr-01 | 34.00 | 35.70 | 32.75 | 33.59 | 1,942,400 | 33.59 |
| 26-Apr-01 | 30.71 | 34.55 | 30.71 | 34.00 | 3,686,900 | 34.00 |

* Close price adjusted for dividends and splits.

First | Prev | Next | Last

 Download To Spreadsheet

MOVE: Historical Prices for MOVE INC - Yahoo! Finance                    Page 1 of 3

Yahoo!  My Yahoo!  Mail    Make Y! your home page        Search: [_____]

[ Web Search ]

# YAHOO! FINANCE    **Sign In**    Finance Home - Help
                                   New User? Sign Up

Wednesday, August 30, 2006, 8:18PM ET - U.S. Markets Closed. Dow ↑ **0.11%** Nasdaq ↑ **0.62%**

- Home
- Investing
- News & Commentary
- Retirement & Planning
- Banking & Credit
- Loans
- Insurance
- My Portfolios
- 

- Market Overview
- Market Stats
- Stocks
- Mutual Funds
- ETFs
- Bonds
- Options
- Industries
- Currency
- Education

- Get Quotes
- [_____]
- [ GO ]
- Symbol Lookup
- Finance Search

Sign In to Create/Edit My Portfolios Free trial of Real-Time Quotes

## Move, Inc. (MOVE)
                                          At 4:00PM ET: **4.61** ↑

Scottrade 57 Trades, Fast Executions, CLICK HERE   CHOOSE THE BEST OPTION Fidelity   5.46% APY ON A 6-MONTH CD E*TRADE Bank Member FDIC   Get up to 50 FREE TRADES +$100 CASH TD AMERITRADE

## Historical Prices
                          Get **Historical Prices** for: [_____] [ GO ]

### SET DATE RANGE

Start Date: [Feb ▼] [22] [2002]   Eg. Jan 1,   ⦿ Daily
                                   2003         ○ Weekly          ADVE
End Date:  [May ▼] [15] [2002]                 ○ Monthly
                                               ○ Dividends Only

[ Get Prices ]

First | Prev | Next | Last

EXHIBIT 4

MOVE: Historical Prices for MOVE INC - Yahoo! Finance                    Page 2 of 3

**PRICES**

| Date | Open | High | Low | Close | Volume | Adj Close* |
|------|------|------|-----|-------|--------|------------|
| 15-May-02 | 2.15 | 2.19 | 1.75 | 1.98 | 506,100 | 1.98 |
| 14-May-02 | 2.33 | 2.35 | 2.15 | 2.23 | 91,000 | 2.23 |
| 13-May-02 | 2.39 | 2.39 | 2.28 | 2.28 | 65,900 | 2.28 |
| 10-May-02 | 2.47 | 2.47 | 2.31 | 2.36 | 82,100 | 2.36 |
| 9-May-02 | 2.43 | 2.48 | 2.42 | 2.43 | 1,005,700 | 2.43 |
| 8-May-02 | 2.20 | 2.49 | 2.19 | 2.44 | 262,600 | 2.44 |
| 7-May-02 | 2.42 | 2.46 | 2.10 | 2.26 | 346,600 | 2.26 |
| 6-May-02 | 2.57 | 2.60 | 2.28 | 2.45 | 200,400 | 2.45 |
| 3-May-02 | 2.57 | 2.57 | 2.50 | 2.56 | 1,462,700 | 2.56 |
| 2-May-02 | 2.51 | 2.59 | 2.51 | 2.59 | 224,000 | 2.59 |
| 1-May-02 | 2.50 | 2.56 | 2.50 | 2.54 | 272,400 | 2.54 |
| 30-Apr-02 | 2.55 | 2.62 | 2.52 | 2.54 | 134,100 | 2.54 |
| 29-Apr-02 | 2.58 | 2.63 | 2.50 | 2.55 | 193,100 | 2.55 |
| 26-Apr-02 | 2.57 | 2.69 | 2.52 | 2.56 | 79,200 | 2.56 |
| 25-Apr-02 | 2.69 | 2.69 | 2.52 | 2.60 | 119,800 | 2.60 |
| 24-Apr-02 | 2.56 | 2.70 | 2.55 | 2.66 | 441,700 | 2.66 |
| 23-Apr-02 | 2.48 | 2.58 | 2.47 | 2.54 | 611,500 | 2.54 |
| 22-Apr-02 | 2.49 | 2.55 | 2.43 | 2.54 | 482,400 | 2.54 |
| 19-Apr-02 | 2.47 | 2.51 | 2.41 | 2.50 | 255,800 | 2.50 |
| 18-Apr-02 | 2.51 | 2.60 | 2.39 | 2.49 | 237,200 | 2.49 |
| 17-Apr-02 | 2.35 | 2.66 | 2.35 | 2.53 | 255,100 | 2.53 |
| 16-Apr-02 | 2.40 | 2.45 | 2.36 | 2.42 | 259,700 | 2.42 |
| 15-Apr-02 | 2.50 | 2.50 | 2.35 | 2.37 | 164,400 | 2.37 |
| 12-Apr-02 | 2.50 | 2.50 | 2.33 | 2.44 | 206,000 | 2.44 |
| 11-Apr-02 | 2.49 | 2.54 | 2.43 | 2.47 | 198,700 | 2.47 |
| 10-Apr-02 | 2.37 | 2.49 | 2.37 | 2.47 | 446,500 | 2.47 |
| 9-Apr-02 | 2.38 | 2.54 | 2.30 | 2.30 | 1,393,700 | 2.30 |
| 8-Apr-02 | 2.20 | 2.38 | 2.20 | 2.38 | 239,800 | 2.38 |
| 5-Apr-02 | 2.23 | 2.29 | 2.17 | 2.27 | 286,000 | 2.27 |
| 4-Apr-02 | 2.25 | 2.26 | 2.20 | 2.24 | 371,000 | 2.24 |
| 3-Apr-02 | 2.20 | 2.32 | 2.17 | 2.30 | 348,700 | 2.30 |
| 2-Apr-02 | 2.23 | 2.32 | 2.17 | 2.25 | 1,494,700 | 2.25 |
| 1-Apr-02 | 2.66 | 2.70 | 2.31 | 2.32 | 398,900 | 2.32 |
| 28-Mar-02 | 2.53 | 2.90 | 2.24 | 2.70 | 1,711,000 | 2.70 |
| 27-Mar-02 | 2.14 | 2.53 | 2.10 | 2.53 | 1,089,400 | 2.53 |
| 26-Mar-02 | 2.02 | 2.27 | 1.97 | 2.11 | 1,124,800 | 2.11 |
| 25-Mar-02 | 2.02 | 2.02 | 1.95 | 2.01 | 356,100 | 2.01 |

MOVE: Historical Prices for MOVE INC - Yahoo! Finance                                    Page 3 of 3

| | | | | | | |
|---|---|---|---|---|---|---|
| 22-Mar-02 | 2.02 | 2.02 | 1.94 | 2.00 | 364,900 | 2.00 |
| 21-Mar-02 | 1.93 | 2.05 | 1.83 | 2.00 | 1,059,800 | 2.00 |
| 20-Mar-02 | 1.98 | 2.03 | 1.75 | 1.91 | 1,093,700 | 1.91 |
| 19-Mar-02 | 1.54 | 1.98 | 1.49 | 1.96 | 2,911,400 | 1.96 |
| 18-Mar-02 | 1.42 | 1.50 | 1.38 | 1.50 | 781,300 | 1.50 |
| 15-Mar-02 | 1.34 | 1.44 | 1.25 | 1.40 | 796,700 | 1.40 |
| 14-Mar-02 | 1.35 | 1.37 | 1.25 | 1.35 | 81,000 | 1.35 |
| 13-Mar-02 | 1.25 | 1.38 | 1.25 | 1.32 | 538,000 | 1.32 |
| 12-Mar-02 | 1.22 | 1.32 | 1.21 | 1.23 | 188,900 | 1.23 |
| 11-Mar-02 | 1.32 | 1.32 | 1.22 | 1.29 | 142,400 | 1.29 |
| 8-Mar-02 | 1.23 | 1.34 | 1.17 | 1.31 | 859,500 | 1.31 |
| 7-Mar-02 | 1.16 | 1.24 | 1.13 | 1.16 | 778,500 | 1.16 |
| 6-Mar-02 | 1.15 | 1.16 | 1.06 | 1.13 | 395,800 | 1.13 |
| 5-Mar-02 | 1.13 | 1.17 | 1.08 | 1.14 | 601,400 | 1.14 |
| 4-Mar-02 | 1.21 | 1.21 | 1.11 | 1.16 | 742,700 | 1.16 |
| 1-Mar-02 | 1.22 | 1.28 | 1.13 | 1.23 | 442,300 | 1.23 |
| 28-Feb-02 | 0.92 | 1.37 | 0.92 | 1.22 | 1,368,400 | 1.22 |
| 27-Feb-02 | 0.80 | 0.93 | 0.80 | 0.93 | 504,000 | 0.93 |
| 26-Feb-02 | 0.77 | 0.87 | 0.68 | 0.87 | 2,037,600 | 0.87 |
| 25-Feb-02 | 0.85 | 0.86 | 0.72 | 0.78 | 3,490,100 | 0.78 |
| 22-Feb-02 | 0.70 | 0.85 | 0.53 | 0.85 | 3,775,100 | 0.85 |

* Close price adjusted for dividends and splits.

First | Prev | Next | Last

⚒ Download To Spreadsheet

⊴ Add to Portfolio    ☺ Set Alert    ⊿ Email to a Friend

Get **Historical Prices** for Another Symbol: [_____] GO Symbol Lookup

- Stock Screener                                    - Splits
- Mergers & Acquisitions

---

Copyright © 2006 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright/IP Policy

**Quotes delayed**, except where indicated otherwise.
Delay times are 15 mins for NASDAQ, 20 mins for NYSE and Amex. See also delay times for other exchanges.

Historical chart data and daily updates provided by Commodity Systems, Inc. (CSI). International historical chart data and daily
updates provided by Hemscott Americas. Fundamental company data provided by Capital IQ. Quotes and other information
supplied by independent providers identified on the Yahoo! Finance partner page. All information provided "as is" for
informational purposes only, not intended for trading purposes or advice. Neither Yahoo! nor any of independent providers is
liable for any informational errors, incompleteness, or delays, or for any actions taken in reliance on information contained
herein. By accessing the Yahoo! site, you agree not to redistribute the information found therein.

Filing Date: 11/14/2001

------------------------------------------------------------------------
------------------------------------------------------------------------

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D. C. 20549

---------------

*FORM 10-Q*

x     QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES
EXCHANGE ACT OF 1934


For the Quarter Ended **September 30, 2001**

OR


TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES
EXCHANGE ACT OF 1934


For the Quarter Ended September 30, 2001

Commission File Number 000-26659

---------------

**Homestore.com, Inc.**
(Exact Name of Registrant as Specified in its Charter)


Delaware                                    95-4438337
(State or Other Jurisdiction             (I.R.S. Employer
of Incorporation or Organization)        Identification Number)
30700 Russell Ranch Road
Westlake Village, California                  91362
(Address of Principal Executive Office)     (Zip Code)


(805) 557-2300
(Registrant's Telephone Number, Including Area Code)

---------------

Indicate by check mark whether registrant (1) has filed all
reports required to be filed by Section 13 or 15(d) of the Securities

---

Disclosure Page 1

EXHIBIT 5

HOMESTORE COM INC - 10-Q

Filing Date: 11/14/2001

Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.

HOMESTORE COM INC - 10-Q

Filing Date: 11/14/2001

Yes   x   No

At November 1, 2001 the registrant had 117,463,297 shares of its common stock outstanding.

--------------------------------------------------------------
--------------------------------------------------------------

Disclosure Page 3

## CERTIFICATE OF SERVICE

I, **Shaton McDaniel**, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:

## DECLARATION OF MIMI LE IN SUPPORT OF GOVERNMENT'S SENTENCING POSITION AND EXHIBITS THERETO

service was:

[✗] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[✗] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[ ] By hand delivery addressed as follows:

[ ] By facsimile as follows:

[ ] By messenger as follows:

[ ] By federal express as follows:

**HOWARD M. PRIVETTE, II., ESQ.**
Paul, Hastings, Janofsky & Walker LLP
515 S. Flower St., 25th Fl.
Los Angeles, CA  90071

**NANCY O'CONNOR**
United States Probation Officer
6th Floor
(Interoffice)

This Certificate is executed on **September 1, 2006** at Los Angeles, California. I certify under penalty of perjury that the foregoing is true and correct.

**Shaton McDaniel**