# EXHIBIT A

Aug. 29, 2006

The Honorable Percy Anderson
United States District Court for the Central District of California
312 N. Spring St.
Los Angeles, CA 90012

Dear Judge Anderson:

This is a letter in support of Stuart Wolff, who has been a defendant in your court. I
have known Stuart since he was less than a year old, when his family moved in next door
to us. My son and Stuart are six days apart in age and grew up almost like brothers,
sharing two homes, ours and that of the Wolffs. As a coach and a father who played
sports with all the neighborhood kids, I have worked with Stuart in baseball, basketball
and soccer. Between those sports and the countless hours he spent at our house I know
him well.

I don't know the particulars of the case in question, but allegations of wrongdoing seem
totally out of character for a young man who was always polite to his elders, supportive
of his friends, a good student and eager to help in any worthwhile project. His parents and
sister have been pillars of their respective communities, as were Stuart's late
grandparents. As a longtime journalist who often covered the prison system, and as a
community volunteer who has worked with inmates from the first levels of imprisonment
to those serving in the hardest-core penitentiaries, I have watched a wide variety of
criminal activity. I don't see Stuart fitting in such roles.

If punishment is to be meted out, I ask you to look at Stuart as a person who can
contribute much that is positive to our society. If some incarceration is considered
necessary, I would hope that time behind bars would be minimal. A sizable probationary
sentence and all that it implies would dictate good behavior on the outside, while
allowing the person involved to be a husband and father and to contribute to his
community as an employer and taxpayer.

Thank you for your consideration.

Sincerely,

Jenk Jones Jr.
6447 S. Louisville Ave.
Tulsa, OK 74136

# EXHIBIT B

Dear Judge Feess,

I am writing this letter for my brother Stuart Wolff. Stuart and I were both raised with very strong family values including respect for parents, honesty, education, caring about others, and hard work. In my mind both of us followed the path that our parents put out for us. I went on to become a medical doctor and he became that other kind of doctor – a PhD. We both worked hard to get a good education and we both worked hard to apply that education to help others. I don't know if you also have siblings but if you do you probably feel like you know them pretty well. Stuart has flaws and as his sister I would be more than happy to point them out to you in detail. However, lying and cheating were never part of his personality. I would know because I played countless games of Yahtzee, Scrabble, Life, and Sorry with him when we were kids. If he was going to cheat anyone it would have been me. He never cheated one time. He bit me and he kicked me but he never cheated me.

My parents also taught my brother and I the importance of family. Stuart is a very devoted husband and father. I have spent a lot of time with his wife and three children and his family is very close. I think anyone who has observed them would agree that his children are all very well behaved and respectful and just all around nice children. I have raised three kids myself and I know they don't get that way without a tremendous amount of effort and Stuart and Ursula have both put in a lot of effort to raise their kids to be good children with good values.

It is frankly hard for me to understand how my brother ended up in this unfortunate situation. I know he feels really bad about it as do my parents and myself. We are a close knit family and the last thing we would want is for any of us to hurt other people. I have talked to him many times about it and I know he feels bad that others were hurt by his actions. He knows he can't go back and undo what was done and that makes it even harder. I do know as his sister, that his mistakes from 2001 were highly atypical of his normal behavior and I do expect him to continue to follow our strong family traditions for the balance of his life.

Cindy Zelby MD
Sister of Stuart Wolff

# EXHIBIT C

M. Milton Wolff
6240 S. Knoxville Av.
Tulsa, Ok. 74136

March 24, 2010

The Honorable Judge Feess
United States District Court  for the Central District of California
312 N. Spring
Los Angeles, CA. 90012

Dear Judge Feess:

   I am Stuart Wolff's father and am grieved to think that Stuart will appear  in your court for sentencing. He has never been in trouble with any agency in his life much less the D.O.J.  He is a good and kind individual and a very good father and husband.  He spends a lot of time with his three children, ages 14, 12, and 8 whether it be at sport practices, rehearsals, museums or just relaxing at home.  Obviously, these three children need his guidance and presence as does his lovely wife.

   By working very hard, Stuart built Homestore from a sleepy little company that was about to go broke to an important contributor to the real estate market.  Stuart had already achieved financial independence before 2001 and did not have the incentive or motive to commit any financial crimes.  I don' t know exactly what went wrong in 2001 but I know Stuart feels very remorseful and sorry that some people may have been hurt by  actions of his.  He was trying to maximize the value of Homestore for all the stockholders as, I think, is the job of the C.E.O.  I don't think Stuart realized the implications of the accounting methods used by Homestore and was advised poorly by his own staff and the outside consultants.  Stuart is a very independent type of person and feels very badly that others might have been harmed.   He is an engineer and scientist, not an accountant or economics guy.

   Stuart is capable of contributing much to society, his wife,  and his three children.  It would be a great travesty to lock him up for a long period of time as well as a waste of his life and a great cost to the Government.  He is not a threat to anyone and could be contributing to his family and society instead of wasting away at a federal prison.  I would hope that 3 years is more than enough  prison time when you consider the past jail time and the long period of house detention he served and the circumstances of this case.

   Thank you for your consideration.

Sincerely,

*M. Milton Wolff*

M. Milton Wolff

# GROUP
# EXHIBIT D

August 30, 2006

The Honorable Percy Anderson
United States District Court for the Central District of California
312 N. Spring St
Los Angeles, CA 90012

Dear Judge Anderson,

Please Judge when you are passing a sentence for Stuart, consider him as a human being of very high standards and consider his life as a whole. Stuart has worked very, very hard and long hours building the American Dream. He only wanted to make Homestore a successful and great company.

Stuart has always been a good and kind man to anyone he has met in his life. He has never hurt anyone or broken the laws of the United States, his religion or our family. He has never lied, cheated or stolen anything from anyone in his life. He is a great son, brother, husband and father, full of love, caring and humor.

Stuart has never been a materialistic person, in fact always wore old clothes since he was young and lives a very simple life of his family, friends and sports. He has never been in debt and has paid his own way since college.

Stuart could have left the country or could have sent money to another country but he chose to be honest and do the right thing, as he has done all of his life.

The future cost of Stuart being in jail to the taxpayers, could better be used to help those less fortunate. He would be an asset to our world to help others and his family, than to be locked up. His mistake of trusting the wrong people and being duped by a few employees should not cost him his freedom.

I beg, plead and ask you to let Stuart be a useful citizen of this country. He could better serve all by doing something to contribute to the world by making it a better place than by being locked up for many years. Stuart could help turn his children into productive citizens. Stuart has a good mind for science and engineering and could maybe help our government or society with improvements to all of our lives. As a young man he won the science fair with a project on ethanol to help solve the energy problems. He went all the way to the international science fair. His interest is always to make things better for all mankind and you must agree that we all need help from the smart young individuals to solve some of the problems we face everyday. Stuart, certainly has the ability to do something good for the world.

Thank you for your consideration.

Diana Wolff
Stuart Wolff's Mom

Diana Wolff
6240 S. Knoxville Ave.
Tulsa, Oklahoma 74136
March 25, 2010

Dear Judge Feess,

   Honesty, goodness and kindness describe who Stuart Wolff is and
has always been. As a small child he was always respectful of his
parents and grandparents and he even had a very special bond with his
great grandmother. Stuart would sit for hours in her lap listening to
her stories and she really loved answering all his questions. He has
always had a lot of questions and he always had a love for science
because of the power it has to help people.  While other kids were out
playing he was doing experiments in our backyard.  Many people know
about Stuart's academic accomplishments but they don't know how much
work and sacrifice he put in even at a young age. In high school he
missed his prom because he was at an international science fair
representing the state of Oklahoma. He has always worked on projects
that had great potential to help others and make the world better. His
science fair project was on alternative energy and this was 30 years
before today's environmental crisis.  All of his former teachers and
classmates will tell you how hard Stuart always worked to get a good
education.  As I look back at his 46 years of life I cannot think of one
single instance where he ever took the easy path. He always took the
hardest classes because he wanted to learn. He always took the hardest
jobs at the most demanding companies including IBM and Bell Labs because
he wanted to make a positive difference.  He worked incredibly hard to
build Homestore, not to make a bunch of money, but so that it could help
millions of people find a good home – something he believed was
important and something he did accomplish while at Homestore.

   Something went wrong in his life at Homestore – he knows that
and I know that and you know that. He has never intentionally harmed
anyone in his life but people did get harmed by his actions at Homestore
and he feels very sorry that these people were hurt by the mistakes he
knows he made. Stuart accepts and feels remorse for his wrong doing and
hopes to spend the rest of his life helping others and making up for
this. He has never before hurt anyone or broken the laws of the United
States, his religion or our family.  He has never before lied, cheated
or stolen anything from anyone in his life.  He is a wonderful son,
brother, husband and father, full of love, caring and humor.  He will
work hard trying to make up for this in the same way he has always done
everything in his life – with a lot of hard work.

   Please Judge Feess when passing sentence, take into
consideration the fact that he has already sacrificed so much personal
freedom and fun in his life to get an education and build things that he
believed can help others. Please Judge Feess let him out after 3 years
so that he can do what we all know he will do – get back to hard work to
make up for these mistakes and make all of our lives better through his
work.

Diana Wolff
Stuart Wolff's Mom

# EXHIBIT E

# Dear Judge Feess,

In this letter, I hope to show you that my dad is an honest, hard working man, who always taught me and my siblings, that to, as he put it, to cut corners was unacceptable. He also taught us that honesty is one of the most vital virtues any person could possess. Finally, he has taught us that it is important to admit when you make a mistake and not try to make excuses. These lessons are exemplified in important events that I vividly remember.

In my eyes, honesty is never telling a lie and telling nothing but the whole truth, not just part of it. Two years ago, I woke up incredibly thirsty after falling asleep in the middle of the night. I decided that I would go into the kitchen, to get a drink of water. As I opened the fridge, next to the water, I just so happened to see a bottle of root beer. My siblings and I are only allowed to drink soda rarely to celebrate special occasions. I took the root beer out of the fridge and began to pour myself some. After I finished this, I accidentally knocked over my newly full glass. There was root beer all over the counter. After hearing all the noise I made my dad woke up and came into the kitchen right as I was cleaning up the root beer. He asked me what I was doing and I replied I'd spilled my drink. He could see the odd coloration of the liquid and asked me what it was I had spilled; I am an incredibly bad liar for lack of practice so I immediately stiffened and told him hurriedly that it was just water. He asked me once again what the liquid was and again I told him "it's just water". To this he said, Alex I'm going to ask you one more time, what did you spill? I had to tell him the truth at his point and admitted that it was root beer. He then explained to me that for him to be able to trust me; I had to tell him the truth or he would never know if what I told him was true. From that point on I have always told the truth.

My dad also taught me and my siblings that we needed to always admit mistakes and not make excuses.  He never lets us make excuses when we don't do well on tests or play well in sports games. He taught us that same lesson again this year because he is saying to you that he made a mistake.  He explained to me about what he did, although I don't understand all of it, and said he did not have any excuses.  He said it was the right thing for him to say he did something wrong and not make any excuses and he wanted me to understand that.   This is much more serious than the root beer story but in a way it is the same.  The message is this, if you don't cut corners and always tell the truth in the first place, there will be no need for excuses later.

Alex Wolff

# EXHIBIT F

Judge Feess,

I have known Stuart for 20 years. He and I both know that he made mistakes back in 2001 and that he is far from perfect. Judge Feess, you know about those mistakes, but what you probably don't know about is what he is really like as a husband and as a father. I can tell you that he is a loving husband and a great father to our three children Alexander, Isabelle, and Max. I can tell you that he always puts me and the children first. I was raised in a small town in Switzerland and to me it is the simple things that matter most in marriage and in raising children. Stuart has always been honest in our marriage and never once in 20 years have I ever lost confidence in his honesty or integrity. Sometimes it is even embarrassing because he will be completely honest even in social situations where he is just not able to tell the little lies that seem to be expected in these kind of settings. I love him for this and know that I can always trust him.

He has always been a caring father to our children and he takes the time to listen to them and to teach them. We both believe in simple family traditions like having the family together at family dinners. First, Stuart is always there and it is important to me and to him to have the family together every night for dinner. From what I can see from our friends and neighbors that is not always the case with other families. Second, at dinner Stuart doesn't treat the children as unimportant but actually makes them feel important and he listens to them. Stuart has a very strong and close relationship with all three children. He knows his children and he takes time with each one to listen to them and to teach them the importance of what is right and wrong. Last night at dinner Alex, our thirteen year old, didn't do well on a Chinese test and began to complain about his teacher. Stuart explained to him that it was because he didn't prepare for the test properly, because he didn't give it his best effort, not because the teacher was bad or the test was unfair. All of our kids are taught to be respectful of teachers and coaches and to know how lucky they are to have these teachers and coaches. Stuart teaches our kids to always tell the truth and we do not allow anything other than complete honesty from our children. Stuart has also taught the kids to be respectful of people from different backgrounds and cultures. Stuart lived in Japan and he often tells the kids about how people from different cultures have different traditions and how important it is to be respectful of this. I am proud to say that all of our children are now comfortable in culturally diverse settings. I could give you many more examples of the simple things, like our family dinners, to show you what a good husband and father he is. They would probably be boring for you but they are very important to us. In some ways this whole thing would be easier if he wasn't such a good husband and father. We are fortunate to have him as a husband and as a father, but, unfortunately for me and our children, he will be dearly missed.

*Ursula Wolff*

Ursula Wolff

# EXHIBIT G

March 22, 2010

The Honorable Gary A. Feess
US Federal District Court
Los Angeles, CA

Dear Judge Feess,

Please allow me to introduce myself, my name is James Thomas and I have known Mr. Stuart Wolff since May 1998. It has been my distinct pleasure to have worked for him in various capacities as an Operations Specialist at Homestore.com, and most recently as a Research Analyst with Scinovate Research Company. In both instances these companies were founded to assist the general public in various ways helping the consumer to ensure fairness within difficult transactions that would otherwise be complex and time consuming. Mr. Wolff was always open and truthful with me in regards to my career decisions, which I felt demonstrated a high level of personal integrity and honest concern for my ongoing career development instead of negotiating for his own interests. In both cases of Homestore and Scinovate Research, the public was well served by these highly sophisticated and forward thinking applications. It is my hope that this statement of his character, and the meaningful and unselfish work on behalf of others will be taken into consideration by you.

I understand the complex nature of the charges against Mr. Wolff and can say that I am disappointed, and saddened for all involved in this case. My time as an employee aHomestore.com was challenging, both personally and professionally. The opportunities afforded me by Mr. Wolff proved life affecting. It is my belief that he recognized my personal sacrifice to help ensure the success of our mutual endeavor. As for my personal experiences as a friend and employee, I can state without equivocation that he demonstrated a high level of interest, and empathy for me. I would like to cite instances where knowing that I had an aggressive schedule of 50% domestic travel, that he allowed me to schedule around my family requirements. In another instance later on at Scinovate Research he allowed me a flexible work schedule as my youngest daughter required a special logistical arrangement. After my departure from Scinovate Research Mr. Wolff insisted on, and graciously extended my personal healthcare for a period of time. All of these considerations meant much to a divorced father of two wonderful daughters who are now productive adults.

It is my sincerest hope that you will take this letter on behalf of Mr. Wolff into consideration in your pending determination.

Sincerely,

James Thomas

# EXHIBIT H

The Honorable Gary Feess,
United States District Court for the Central District of California
312 N. Spring St.
Los Angeles, CA 90012


Dear Judge Feess,

I am very blessed to have a wonderful family and a great job but my life was not always
destined for success. I grew up in a rough housing project outside of Boston. My father
was a prison guard. He often told us stories about the inmates and some of my friends
ended up in his prison and most never went to college. While many of my friends were
getting into trouble, I was playing hockey and I used hockey as a way to become the first
person in my family to be admitted to college. At the time I thought I had finally made it
but in reality I still had along way to go. Hockey was a great vehicle to get me into
college but I had no idea how challenging college could be! Many of my fellow students
looked down upon hockey players because we were rough and often came from different
backgrounds than they did. Only one classmate went out of his way to help me and that
was Stuart Wolff. From the very first week of freshman year in college, Stuart
recognized my unlimited potential. He recognized immediately how much I wanted to
succeed in this academically challenging environment. He took it upon himself to
challenge me to not just be a great athlete but he believed that I could thrive academically
as well. He taught me the importance of academic integrity and how the honor code
worked and why it was so important to follow it. When I would skip class he would tell
me that I was only hurting myself. When I drank too much he told me I was poisoning
my mind and body. When I didn't study as hard as he did, he would tell me that I was
potentially wasting the great opportunity that I had been given. When I blew out my
knee and couldn't play hockey anymore he was the one that picked me up at the hospital
right after my surgery and brought me home. I was very disappointed that my hockey
career was most likely over and he immediately started to help me see that there were
bigger things in store for me beyond hockey and that there was good that would come out
of the bad situation and he was right. Stuart never wavered in his support and help. No
one even knows about any of this until now because Stuart never talks about it. He
doesn't do these things because he wants others to know about it, he does these kind of
things because he is a natural and very gifted teacher and he cares about people like me.

Stuart was not only a great friend, but also a role model. Over the years I have been
fortunate to be around some very hard working and highly successful people but I have
still never in my life met someone that works as hard as Stuart. Today when I speak with
young people, the first piece of advice that I give them is to surround themselves with the
best people they can find, and for me that was Stuart

He knows he made a mistake in 2001. I have had many discussions about it with him. He
is not trying to offer excuses and he feels terrible about it. He is someone that has lived
his entire life in an honorable and honest way and this is very hard on him and also hard
on the many people like me that know him well and care about him. I have been with

him and his family recently and I talk to him every week and he talks about it often. I
have told him that it is like my knee injury and that some good can come out of this bad
situation. I know how much he can help others just like he helped me. We have been
working together on a program to best use technology as a way to help educate inner city
children. We have developed a program called the 'Computer Youth Academy' that I am
very excited about. I am on the Advisory Board of the Government sponsored
Neighborhood Networks National Consortium (NNNC) and our Computer Youth
Academy has tremendous potential to help this program achieve its ambitious goals with
respect to educating children in affordable housing. However, I can't make it happen
without the assistance of Stuart. I need him, organizations like NNNC need him, and
most importantly, there are many kids that also need him. I hope that you will allow him
the opportunity to get released in 3 years so that we can implement the Computer Youth
Academy – I think this program can make a real difference but only with the help of
Stuart Wolff.


James Geraghty

# EXHIBIT I

17 High Rock Terrace
Gloucester, MA  01930
March 23, 2010

The Honorable Gary Feess,
United States District Court for the Central District of California
312 N. Spring St.
Los Angeles, CA 90012

Dear Judge Feess:

I am writing on behalf of my friend Stuart Wolff who is scheduled to be sentenced in your court on April 19th, 2010.  I am writing to ask that you consider traits about Stuart Wolff of which you may be unfamiliar before you decide his punishment.

I have known and kept in contact with Stuart since 1989 when we worked together doing scientific research at Bell Laboratories in Murray Hill, New Jersey.  I have known Stuart to be an extremely honest and trusted colleague. He had a very good reputation at Bell Labs for doing honest and solid research. I can also tell you that he is a friend who has always been willing to put his family and friends first.  In fact I now feel bad that, unwittingly, I telephoned Stuart for advice on the very day he entered his plea agreement with your court.  Even though this was a very serious day for him and his family, and he could have easily told me to call back on another day, he still took the time to help me even though in hindsight it is I that should have been helping him on that day.  While this experience is recent, it is a typical example of how Stuart has always treated me, his other friends, and his family by putting our needs ahead of his own.

Stuart and his family welcomed me into their home last month for a short visit, and I had an opportunity to speak with him regarding the plea and the events in 2001 for which he will be sentenced.  Stuart very much wanted to talk to me about the mistakes he had made and expressed great regret about what had happened.  I know him well and I can tell you that he has suffered greatly over this experience.  I can also tell you that he displayed his readiness to take responsibility by accepting the sentence handed down by your court.  I know Stuart Wolff to be an extremely honest person, and I do not believe that anything like the events of 2001 will ever occur in his life again.

Before passing final judgment on Stuart Wolff, please consider the entirety of his past actions. His technical contributions, his business contributions, and the contributions to his friends and family should not be ignored.

Sincerely yours,

Clifford A. King

# EXHIBIT J



# TEMPLE ADAT ELOHIM
your place to learn...grow...connect...

**Senior Rabbi**
*Ted Riter*
**Associate Rabbi**
*Rebecca L. Dubowe*
**Cantor**
*Peter Halpern*
**Rabbi Emeritus**
*Alan Greenbaum*
**Director of Education**
*Marcy Goldberg*
**Director of ECE**
*Batsheva Spector*

**President**
*Ken Bock*
**Executive V. P.**
*Ken Elman*
**V.P. Administration**
*Susan Wilson*
**V.P. Membership**
*Paul Roth*
**V.P. Finance**
*Sandy Groenstein*
**V.P. Education**
*Jan Iscovich*
**V.P. Religious Practices**
*Bob Grossmann*
**Immediate Past President**
*Gloria Meyerson*

31 August 2006

The Honorable Percy Anderson
United States District Court
for the Central District of California
312 N. Spring St.
Los Angeles, CA 90012

Dear Judge Anderson,

I am writing this letter on behalf of Stuart Wolff. Stuart and his family have been members of my congregation in Thousand Oaks for almost ten years. During this time they have shown a devotion to their children and a commitment to the Jewish community of the Conejo Valley. It is with these traits in mind that I encourage leniency on your part during the sentencing phase of Stuart's prosecution.

It is my belief that we live in a day and age when children need their parents in their homes as much as possible. Though we live in a suburban environment, I am under no delusions that a complete family unit is of any less importance here than in other communities. It is also my belief that Stuart and Ursula are model parents: consistently putting their children first and looking out for their best interests as they grow and develop.

It is my hope and prayer that Stuart's children will not be permanently scarred by this experience and that they will grow into honorable and productive members of the community. It is my hope and prayer as well that you will have compassion during your final decision making process.

Thank you for your consideration,

Rabbi Ted Riter
Rabbi Ted Riter

# GROUP EXHIBIT K

# BERNARD ROBINOWITZ, MD

## 6565 S. Yale Avenue, Suite 508
## Tulsa, OK  74136-8336

Phone: (918) 492-8980                                    Fax:  (918) 495-0607

March 23, 2010

Dear Judge Feess,

I am an uncle of Stuart Wolff.  I have known him all his life.  Our family is very close and I still believe Stuart is an honest, trustworthy person.  I know he is full of remorse about what he did and regrets that his actions resulted in harm to others.  I believe Stuart will work hard to make up for this when given the chance.

My wife and I worked with Stuart to develop a new method of writing prescriptions.  Our goal was to make the world a safer and more efficient place.  Stuart tirelessly and honestly endeavored to help us succeed; his was not the work of a criminal.  Just the opposite, he worked for the betterment of all.

Finally, as a physician in solo practice, I currently face our complex society, and I can understand how someone, especially with a limited legal and business background like Stuart's, and under pressure, can make a mistake.  Given that this was the first mistake of this kind in his life and his potential for future positive contributions to society, I really do hope you will consider 3 years as more than sufficient punishment in this case.

Sincerely yours,

Bernard Robinowitz, M.D.

**MARCIALYN ROBINOWITZ**
**3303 S FLORENCE AVE.**
**Tulsa, OK  74105-2411**
**Phone:  918-289-1425**

March 21, 2010

Dear Judge Feess,

I am writing regarding my nephew-in-law, Stuart Wolff, who will be sentenced this April.  I know that he regrets all of his actions which resulted in losses for many.  Although he is responsible for what he did, I strongly believe that his mistakes were done without intent to harm anyone.

I have known Stuart since he was nine.  In the 1990's, Stuart, my husband and I tried to start a company that would have eliminated many prescription errors and increased patient prescription compliance.  Stuart and Bernard were the idea men; I was the technical/bookkeeper person.  We did not get a patent covering our product, but we did incur expenses.  I would tell Stuart the amount we had to come up with, and he would contribute his share.  He never once asked me if he could see my records or doubted the costs presented.  In every respect, Stuart was an honest and honorable partner as he has been throughout his whole life.

Stuart has already spent years under indictment and an eternity confined to home with an ankle monitor.  This has had a severe impact on him and his family.  Please consider this when you sentence him.

Sincerely,

Marcialyn Robinowitz

# EXHIBIT L

Beth Richtman
136 Arlington St, #1
Boston, MA 02116

Dear Judge,

I've known Stuart my entire life. He's my first cousin, and 16 years older than I am. Being so much older, Stuart started out as just this really tall cousin, who I had to look up to because of his sheer height. As I grew up, he became someone I looked up to for other better reasons: he was a scientist, an inventor, a thinker and a great parent. Part of what makes Stuart someone I admire is his discipline and devotion to things, raising children being one of them. Stuart's not someone who greets the act of taking on a challenge lightly, be it solving complex computing problems or setting a training schedule to help kids succeed in sports. He's an incredibly hard-working and thoroughly disciplined man, and truly believes, and has convinced me and many others, that through hard-work and discipline, difficult goals will be achieved. Several years ago, we discussed me writing short stories and he suggested: go back and study the history of story-telling and how stories have evolved throughout time before you put pen to paper. His belief in truly knowing a field before starting to add to it, illustrates Stuart's dedication to doing things well and being serious about that which is pursued.

To give you some context for my letter, I work in business development for a renewable energy company and am living my dream of using business to solve environmental problems. One of the reasons I pursued a Masters in Business Administration is because Stuart long ago advised me to, "pick the problem you want to solve and then get the skills you need to work on solving it." It's this kind of guidance that makes knowing Stuart incredibly valuable to me and I'm sure others. Stuart is someone whose thoughts I trust and respect. When I was considering marrying my now-husband, I introduced him to Stuart because I seriously wanted to get Stuart's opinion of him and knew Stuart would be honest in his response.

I've known Stuart long enough to know that he is a person with an incredible capacity and desire to do good things for the world. I know this situation has been extremely difficult and humbling for him. I know how deep his regrets are. I know that in the future Stuart will make sure to never ever do anything remotely close to any bright line again. I honestly hope that he'll be able to quickly get back to what he does best: work with others on thinking through difficult problems whose solution could make the world a better place and in general inspiring people like me to work hard toward our own dreams.

Sincerely,

Beth Richtman

Beth Richtman

# EXHIBIT M

To Judge Feess,

I would like to take this opportunity to truly apologize for my past behavior and mistakes and express my intention to learn from these mistakes and do better going forward. I recognize that this kind of message is normally delivered at sentencing but I have had past difficulties at times with public speaking, and this message is too important to me to take the chance that I might not be able to deliver it to you at sentencing. I hope you will accept this in written form and I assure you that it is no less heartfelt than if I was saying this in a public forum.

First, I would like to assure you that I have spent many hours, days, and years, analyzing what happened at Homestore in 2001. It has been long, it has been hard, and it has been painful. I have tried to read everything I could find on what happened and I have tried to understand what happened from every perspective, including from people that worked for me, people that worked for them, people at other companies, investors, and even the prosecutors. This has not been an easy process both because it is complex and because at times it reflects on me in very direct, personal and painful ways. I have spent countless hours going over those details, including my role in all of this, to make the course corrections in my life that something like this calls for. I think what is critical at this point is that I let you know that I have taken the time to reflect on the mistakes I made at Homestore in 2001 and that I do see and understand how those mistakes negatively impacted the company, its employees, and investors.

Second, I want to let you know that I feel terrible about what happened and apologize to all that got hurt. I truly loved the company and it is very painful to see in detail how many shareholders and employees were harmed by what happened. Anyone who questions this doesn't really know me. I wish I could go back and run the company differently. There are hundreds of things I would do differently, but I cannot do that now. The only thing that I can do at this moment is tell you how bad I feel about what happened at Homestore and that I apologize to you, the shareholders, to the employees that were harmed, and the community at large for my mistakes.

Finally, I want to assure you that I have learned a lot from all this mess and I have and will continue to make changes to the way I do things.  It has and will continue to help me be a better husband, father, and member of the community.  I have always liked to share knowledge and teach and I think this experience will help me think through everything I do and say with even more care.  While I cannot go back and change what has happened, I can try my best to counter it with many good actions going forward. I do not believe there is a quick and easy path to redemption but I do believe there is a long and hard road to living a life of complete honesty and integrity.  I want to let you know that I have learned from this terrible experience and that I will do my best to stay on the long hard good road.  I do not expect to ever be back in front of you or any other judicial authority, but I do expect to be judged again at the conclusion of my life and I intend to wake up every morning with an intention to make good decisions and to take proper actions that will allow me to make positive contributions to my family, community, and country.

Sincerely,

Stuart Wolff

# EXHIBIT N

### TIMOTHY B. SOTTILE
ATTORNEY AT LAW
A PROFESSIONAL LAW CORPORATION
31365 OAK CREST DRIVE, SUITE 220
WESTLAKE VILLAGE, CALIFORNIA 91361
TELEPHONE (818) 889-0050
FACSIMILE (818) 889-6050

AUTHOR'S E-MAIL:
TSOTTILE@SOTTILE-LAW.COM

March 26, 2010

_Via First Class Mail_

The Honorable Gary A. Feess
United States District Court
Roybal Federal Building, Courtroom 740
255 East Temple Street
Los Angeles, California 90012

Re:  United States of America v. Stuart H. Wolff, U.S.D.C., Case No. CR-05-398 GAF

Dear Judge Feess:

This is the first time I have written a letter on behalf of someone facing sentencing in a criminal case.  Although I have practiced law for close to twenty five years my last exposure to a sentencing letter was when I was working as Judge Ronald S.W. Lew's first law clerk in the mid 1980s and was occasionally made privy to sentencing letters being considered by him.  Based on that experience and conversations with my father, who served as a trial judge for many years on the Los Angeles Superior Court, I am acutely aware of the importance of sentencing letters to the deliberative process when sentencing a criminal defendant and the great weight of responsibility on the judge whose duty it is to impose a just sentence.

Having known Stuart Wolff for the last thirteen years as a family friend I have seen first hand the profound effect that his status as a defendant in this criminal case has had on him.  I can think of no other person who has come to such a sincere acceptance of responsibility for the actions that have brought him to this point and who is more profoundly sorry for the pain that his actions have caused others. Consistent with his deep appreciation for his role in these events and their consequences and after much reflection, he has certainly expressed to me his desire to pay his debt to society and to begin to put this sad chapter behind him.

I have observed that Stuart has always been an extraordinarily dedicated husband to his wife Ursula and father to his three children Alex, Isabel and Max. Because he has always made

**March 26, 2010**
**Page 2**

spending time with his beloved family his number one priority, any time he will spend in prison away from them will be particularly painful. He has always greatly valued time spent with his children and demonstrated his commitment to them over and over by passing up other business or social opportunities so he could be present personally and involved in their many academic and sports activities. He has also taken pains to educate his children in the traditions of his Jewish faith by making sure that they received religious and ethical instruction at their temple and personally helping to prepare his eldest son Alex for his recent Bar Mitzvah.

Stuart also has quietly given generously of his time to help other children by sharing his excitement for science with them and listening to their own personal concerns, as he has often done with my own children and other children in the neighborhood. Every year he leads groups of kids in our neighborhood on Halloween "trick or treating" excursions and then carefully sifts through their candy to insure that they not consume anything unsafe. Stuart has often shown this concern for others by filling in for other fathers who, because of their work commitments, could not coach youth teams even when his own children were not on those teams.

He has conducted himself with the utmost respect and kindness to others in many different ways. He has been a confidant to those who have sought his advice, provided technical expertise without any expectation of compensation and shown a deep seated concern for others in society less fortunate than himself. He exhibited this concern through the philanthropic programs he made a priority at his former company such as Habitat For Humanity and his ongoing efforts to personally fund and develop initiatives to promote computer programming skills and technical literacy for inner city kids. He has not engaged in these good works with fanfare or publicity but in an understated way with an eye to achieving positive results for those who could benefit from his efforts rather than to gain attention or recognition for himself.

Based on having known Stuart Wolff as a close friend, I am convinced that he is someone who, but for this one lapse of judgment, has led an exemplary personal and professional life as shown by his beautiful family, the many people he has touched with his kindness and his noteworthy professional achievements which were gained through his own hard work and dedication to doing the right things in life. He is someone who has always been fully engaged in life and society at large and attempted to make a positive impact on those around him. Having known him before his company went public and after, during its highs and lows, and throughout the long and difficult period leading to his sentencing I can tell you that he always remained the same concerned, honest and hard working person.

**March 26, 2010**
**Page 3**

For these reasons I urge you to permit him to serve the lowest term available because any additional time in prison would neither serve society nor the interests of justice in this case.

Very truly yours,

TIMOTHY B. SOTTILE

# EXHIBIT O

3-25-10

Dear Judge Feess,

I am writing to make a plea for leniency in the sentencing of my friend and business associate Stuart Wolff.

I have known Stuart since 1998 when I joined him at Homestore as a Vice President in charge of Product Development.

At Homestore, I worked directly with Stuart and other executives to design and create products for Realtors, Brokers, Homebuilders, Apartment Rental companies, Mortgage Brokers, and a variety of other professionals in the Real Estate business.

Homestore's products had a high degree of complexity and were purchased and used by hundreds of thousands of paying professional customers. All of our products also had a consumer-facing component which collectiveley became the most popular real-estate portal on the internet, serving millions of unique individual customers each month.

Unlike many web-internet companies, the products at Homestore very frequently, if not always, relied on complex upfront deal-making with numerous parties (NAR, IABB, Brokers, Mortgage Lenders, AOL, etc.) and ongoing maintenance of the delicate relationships around those contracts as the products evolved. The number of "deals" upon which Homestore was built was astounding and the architect/diplomat/strategist behind those deals and the design of the products serving them was Stuart. The company could simply not have existed without him.

Since 2001, I think Stuart's role in non-financial dealings at Homestore has been largely overlooked, especially the tremendous load those deals placed on him and the deep amount of creativity he had to have to craft them and hold the company together as we careened forward into a marketplace battling massive competitors like Microsoft, Yahoo and AOL.

My view of Stuart was/is that he is one of the few people I've ever met with the kind of multi-dimensional intelligence necessary to build a revolutionary company from scratch in a highly contested marketplace.

At Homestore, the efficiencies our products created literally saved our customers millions of hours and tens (possibly hundreds) of millions of dollars each year. Homestore was a very good thing and some of the smartest/wisest investors (the same who backed Google, Amazon, Netscape, Sun Microsystems) backed Stuart when the company was merely a small team in a shabby little office. His leadership at Homestore was exemplary and an incredible business accomplishment. The missteps he made in 2001 were, in my humble view, an extreme anomaly, and a great tragedy, given how much good he had done.

Needless to say, my time at Homestore was one of the most exciting professional experiences I have ever had (on par with my 4 years at the Walt Disney Company helping make The Lion King and Beauty and the Beast). Stuart was an incredibly challenging leader and mentor to me throughout the time I spent with him there (3+ years from 6 months before going public to the end of 2001). I grew there as a business person, product strategist and designer more than anywhere else in my career, largely due to the coaching Stuart gave me. I have always had and continue to have the deepest respect for Stuart as a person, thinker, strategist,

technologist and entrepreneur.

Since 2001, I have remained in touch with Stuart and his family due to mutual interests in technology, new start-up ideas, and popular culture. In this time he has continued to be generous to me with his time and advice, and I have come to know more about Stuart's unwavering commitment to excellence as a father and husband. I have also stayed in touch with many of my peers from Homestore, all of whom continue to speak with the highest regard for Stuart.

At this time, due to what I have learned from court documents and disclosures, I have no doubt that bad decisions were made and lines of legality crossed. Yet, I believe that the decisions Stuart made regarding the deals and financial reporting that lead to litigation and convictions, wrong as they were, were only contemplated as being in the long-term interest of Homestore's success as a company and thereby IN THE INTEREST of our shareholders. Those decisions were, in my opinion, never contemplated as ways to deceive or take advantage of shareholders or simply make money for insiders (as was the case at many companies from that era including Enron, Aurthur Andersen, etc.). This opinion may be hard to grasp by one who didn't experience the great challenges and successes we lived through building Homestore, but, I humbly submit that it is material here due to the statement it makes about Stuart's character. In the "fog of war" he may have played the game of business too zealously, but his intent was never to harm or take advantage of people.

In recent discussions with Stuart (following his guilty plea) his obvious contrition and humility have made me sure he recognizes that he made terrible mistakes, knows what he did was wrong, and feels tremendously bad about any harm he may have caused to his shareholders, his friends, his family, and all of us who were on the team at Homestore (over 2,000 employees at peak). He has, in the deepest sense possible, learned from and taken full responsibility for his actions.

At this time, after almost 10 years of court proceedings, I think Stuart has already paid a high penalty for his actions. As I'm sure you can imagine, the emotional and financial burdens such legal proceedings place on a defendant and his family are enormous.

I hope you will consider all of these points as you decide on an appropriate sentence for Stuart. He is an innovator with a huge commitment to excellence and a desire to make a positive contribution to his community whether in primary research like he did at Bell Labs, in television like he did at TCI, in the internet space as at Homestore, or in the world of cinema, as his Sundance Festival-accepted film about unique American homes and their owners attests.

It is in the interest of our country and its economy to get Stuart back to productive activities as soon as possible.

Thank you in advance for your consideration,

Stephen Bove, Mill Valley, CA

Sent via John Gibbons by Fax: 1-312-456-8435

# GROUP EXHIBIT P

Daniel D. Rubenstein
Shareholder
Greenberg Traurig LLP
77 West Wacker Drive
Suite 3100
Chicago, Il 60601


March 23, 2010


Dear Judge Feess,

My name is Marvin Robinowitz . I am Stuart Wolf's uncle and his mother, Diana Wolff's, brother. I am a Petroleum Engineer and a business man operating an oil company in Oklahoma.

I have known Stuart his whole life. He has always been respectful to his parents (my sister) and even his grandparents (my parents) and is an outstanding father to his three children. I don't remember him ever being in trouble of any kind while growing up and to my knowledge he has never had any legal issues of any kind before this HomeStore problem. I don't think anyone thinks he will be in trouble again. It is unfortunate that Stuart made some bad decisions while CEO of HomeStore. He was young and inexperienced but he is not making excuses and knows he could have and should have done better. I have met with and talked to Stuart about his situation and believe that the lesson he has learned is both harsh and regrettable. In fact I believe a 3 year sentence will still be so harsh on him and his family that hope you will consider this as adequate punishment for a first time offender like Stuart that is unlikely to do anything wrong like this ever again.

If there is any additional testimony regarding Stuart's character, I would be available.

Sincerely,

Marvin Robinowitz
Uncle

Dear Judge Feess,

Please accept these comments on behalf of Stuart Wolff.

At age 17 I was 'imprisoned' for a year, not behind bars, but in an isolation ward of a hospital. Following a horrible, unavoidable accident, I experienced the challenges of being removed from my friends and family, and the community that I had begun to serve. While I don't remember the physical pain of multiple surgeries, I vividly recall the emotional distress of not being involved in the lives of people who mattered to me. During that time, I was not able to make a difference.

I've known Stuart Wolff four years, initially as a co-coach in youth sports programs, and subsequently as a dear friend. Stuart is not only a warm and guiding father to his 3 children, and dedicated husband; he is also an understated advocate/volunteer for programs that nurture kids' development in reading, science, music, and outdoor recreation. For years he has designed age-appropriate reading lists that help kids integrate vocabulary and contextual learning in their school subjects. He actively helps some of the area's best basketball trainers develop competency-based drills and skill thresholds for kids – in ways that maximize fun and mastery. But mostly, Stuart is there for kids on the ball fields and in the stands – using quiet clout to help them overcome their own limitations and doubts. Stuart has helped our two children immensely in both school and sports. Our teenage son has become a standout basketball player, in large measure due to Stuart's guidance.

I have exchanged on a daily basis many very personal and detailed emails with Stuart over the past several years and I probably know his thoughts better than almost anyone but his family at this point. I know that he is genuine person of integrity and honesty who happened to make a big mistake several years ago. He knows that he made a big mistake and he feels deep remorse over it. If he didn't, I wouldn't be writing this letter to you now.

Admittedly, Stuart will retain an active mind during his incarceration. However, it is the many kids he benefits every day who will suffer from the absence of his steady presence. Stuart will make restitution with respect and diligence; but until he's back at courtside, many children and parents will miss out on his deceptively simple brilliance in everything he does. As a life long college educator, I know that Stuart Wolff will give back multifold to the community for every month that his sentence is reduced. I also have confidence that our form of jurisprudence will produce the right decision in this situation.

I overcame the loss of my leg many years ago. I was a D-1 collegiate rower four years at one of our country's top 5 powerhouses. Many career accomplishments have come my way, for which I'm very thankful. But the core ingredient in my progressive success was the kind of enduring support shown by a couple of people who were very much like Stuart Wolff. Our community has been blessed with his presence. Stuart makes a difference.

Sincerely

James Clark, PhD

# EXHIBIT Q

MOVE, Inc. - Yahoo! Finance: Historical symbol/move, range=20030725,20030725, inte... Page 1 of 2

Case 2:05-cv-00398-GAF-Document 1014-2 Filed 03/26/10 Page 43 of 50 Page ID #:3174





# EXHIBIT R

# (to be filed under seal)

# EXHIBIT S

**Message ID:** i.992630024000.1899897653

**Location:** /www/PH/PH_20051027/MailContent/0697/992630024000.1899897653

**Date:** June 15, 2001 6:33:44 PM

**From:** "Baraghimian, Kathy" </O=HOMESTORE.COM/OU=THOUSAND OAKS/CN=RECIPIENTS

**To:** "Keogh, Neville" <Neville.Keogh@HomeStore.com>;

**Cc:** "Keim, DeLise" <Delise.Keim@HomeStore.com>;

**Bcc:**

**Subject:** SECTION 16-SALES-INV  REL.xls

**Attachment:** Click For 992630024000.1899897653_SECTION_16_SALES_INV._REL.xls Content

Sorry, i forgot to sub-total the Total Activity column, this is corrected schedule

| | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|
| Sales-Oct-Nov. | (50,000) | (35,000) | (40,000) | (25,000) | (33,100) | (25,000) | (60,000) | (60,000) | (328,100) |
| End Balance/Shares | 638,750 | 49,582 | 107,529 | 117,663 | 167,695 | 40,400 | 256,401 | 2,753,090 | 4,131,110 |
| New Grants | - | - | - | - | - | - | - | - | - |
| Unexercised Options | 191,668 | 484,590 | 78,305 | 70,455 | 156,596 | 214,224 | 722,500 | - | 1,918,338 |
| % Sold | 7% | 41% | 27% | 18% | 16% | 38% | 19% | 2% | 7% |
| **Q1-2001** | | | | | | | | | |
| Beg. Balance | 638,750 | 49,582 | 107,529 | 117,663 | 167,695 | 40,400 | 256,401 | 2,753,090 | 4,131,110 |
| Exercises | - | - | - | - | - | - | - | - | - |
| ESPP | 304 | 316 | 461 | 416 | 299 | 313 | 97 | - | 2,206 |
| Sales-Jan-Mar | (40,000) | (30,000) | (40,000) | (30,000) | (70,000) | (25,000) | (107,000) | (113,100) | (455,100) |
| End Balance/Shares | 599,054 | 19,898 | 67,990 | 88,079 | 97,994 | 15,713 | 149,498 | 2,639,990 | 3,678,216 |
| New Grants | 50,000 | 250,000 | - | - | 70,000 | 250,000 | 900,000 | - | 1,520,000 |
| Unexercised Options | 241,668 | 734,590 | 78,305 | 70,455 | 226,596 | 464,224 | 1,622,500 | - | 3,438,338 |
| % Sold | 6% | 60% | 37% | 25% | 42% | 61% | 42% | 4% | 11% |
| **Q2-2001** | | | | | | | | | |
| Beg. Balance | 599,054 | 19,898 | 67,990 | 88,079 | 97,994 | 15,713 | 149,498 | 2,639,990 | 3,678,216 |
| Exercises | - | 6,668 | - | - | - | 15,053 | - | - | 21,721 |
| ESPP | - | - | - | - | - | - | - | - | - |
| Sales-April-June | (50,000) | (25,000) | (60,000) | (80,000) | (45,000) | (20,000) | (132,195) | (170,000) | (582,195) |
| End Balance/Shares | 549,054 | 1,566 | 7,990 | 8,079 | 52,994 | 10,766 | 17,303 | 2,469,990 | 3,117,742 |
| New Grants | - | - | - | - | - | - | - | 235,000 | 235,000 |
| Unexercised Options | 241,668 | 727,922 | 78,305 | 70,455 | 226,596 | 449,171 | 1,622,500 | - | 3,416,617 |
| % Sold | 8% | 94% | 88% | 91% | 46% | 65% | 88% | 6% | 16% |

3

## HOMESTORE.COM, INC.
## COMPANY SECTION 16 SALES AND STOCK OPTION BALANCES

| | Mike Buckman | Jeff Charney | John Giesecke | Catherine Giffen | David Rosenblatt | Joseph Shew | Peter Tafeen | Stuart Wolff | Total Activity |
|---|---|---|---|---|---|---|---|---|---|
| **Q1-2000** | | | | | | | | | |
| Beg. Balance-Shares | 750,000 | - | 166,660 | 189,615 | 229,545 | 37,500 | 375,000 | 3,050,590 | 4,882,242 |
| Exercises | - | - | 23,750 | 7,080 | - | 45,904 | 20,151 | - | 96,885 |
| ESPP | 663 | 677 | 398 | 497 | 656 | 593 | 451 | - | 3,935 |
| Sales-Jan-Mar | (37,500) | - | (23,750) | (25,000) | (30,000) | (18,750) | (50,000) | (177,500) | (362,500) |
| End Balance-Shares | 713,163 | 84,009 | 167,058 | 172,192 | 200,201 | 65,247 | 345,602 | 2,873,090 | 4,620,562 |
| New Grants | - | - | - | - | - | - | - | - | - |
| Options Unexercised | - | 191,668 | 284,590 | 78,305 | 70,455 | 116,596 | 114,224 | 322,500 | 1,178,338 |
| % Sold | 5% | 0% | 12% | 13% | 13% | 22% | 13% | 6% | 7% |
| **Q2-2000** | | | | | | | | | |
| Beg. Balance | 713,163 | 84,009 | 167,058 | 172,192 | 200,201 | 65,247 | 345,602 | 2,873,090 | 4,620,562 |
| Exercises | - | - | - | - | - | - | - | - | - |
| ESPP | - | - | - | - | - | - | - | - | - |
| Sales-April-June | (25,000) | - | (20,000) | (30,000) | - | - | (30,000) | (60,000) | (165,000) |
| End Balance-Shares | 688,163 | 84,009 | 147,058 | 142,192 | 200,201 | 65,247 | 315,602 | 2,813,090 | 4,455,562 |
| New Grants | - | - | 200,000 | - | - | 40,000 | 100,000 | 400,000 | 740,000 |
| Unexercised Options | - | 191,668 | 484,590 | 78,305 | 70,455 | 156,596 | 214,224 | 722,500 | 1,918,338 |
| % Sold | 4% | 0% | 12% | 17% | 13% | 0% | 9% | 2% | 4% |
| **Q3-2000** | | | | | | | | | |
| Beg. Balance | 688,163 | 84,009 | 147,058 | 142,192 | 200,201 | 65,247 | 315,602 | 2,813,090 | 4,455,562 |
| Exercises | - | - | - | - | - | - | - | - | - |
| ESPP | 587 | 573 | 471 | 471 | 594 | 453 | 799 | - | 3,948 |
| Sales-July-Sep | - | - | - | - | - | (300) | - | - | (300) |
| End Balance-Shares | 688,750 | 84,582 | 147,529 | 142,663 | 200,795 | 65,400 | 316,401 | 2,813,090 | 4,459,210 |
| New Grants | - | - | - | - | - | - | - | - | - |
| Unexercised Options | - | 191,668 | 484,590 | 78,305 | 70,455 | 156,596 | 214,224 | 722,500 | 1,918,338 |
| % Sold | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| **Q4-2000** | | | | | | | | | |
| Beg. Balance | 688,750 | 84,582 | 147,529 | 142,663 | 200,795 | 65,400 | 316,401 | 2,813,090 | 4,459,210 |
| Exercises | - | - | - | - | - | - | - | - | - |
| ESPP | - | - | - | - | - | - | - | - | - |

2

# GROUP
# EXHIBIT T

# (to be filed under seal)