**GREENBERG TRAURIG, LLP**
John F. Gibbons *(pro hac vice)*
Daniel D. Rubinstein (Cal. Bar No. 178896)
77 West Wacker Drive
Suite 3100
Chicago, Illinois 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435
Email:  Gibbonsj@gtlaw.com
Email:  Rubinsteindd@gtlaw.com

**GREENBERG TRAURIG, LLP**
WENDY M. MANTELL (Cal. Bar No. 225544)
2450 Colorado Avenue
Suite 400E
Santa Monica, CA 90404
Telephone:  (310) 586-7700
Facsimile:  (310) 586-7800

Attorneys for Stuart H. Wolff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STUART H. WOLFF,<br><br>Defendant. | CASE NO. CR-05-398 GAF<br><br>**STATUS REPORT REGARDING RESTITUTION AND REQUEST TO SET AN EXTENDED DATE FOR ENTRY OF ORDER**<br><br>Continued Sentencing Date:  June 14, 2010 |

1. The parties will appear in court on Monday, June 14, 2010. Over the last several months, the defense and the SEC have been negotiating a disgorgement/restitution-based settlement. The defense had previously forwarded binders of financial information to the SEC staff, with detailed information regarding Mr. Wolff's assets and liabilities. Mr. Wolff's assets consist, in part, of certain investment partnerships that raised various question by the SEC staff, which have now been answered.

2. Over the last several days, the defense and the SEC staff have agreed in writing upon the basic terms and a payment structure that the SEC staff is willing to recommend to the Commission and both parties reasonably believe that if the Commission approves the settlement, it will lead to a restitution order agreeable to this Court, which would return a material amount of money to the Plaintiffs in the related civil class action suit.

3. The defense and the SEC staff reasonably believe that if the Commission accepts the terms of the tentative settlement, the SEC enforcement action (05-CV-3132-SVW) will be resolved, saving valuable court time and legal fees to all parties.

4. The SEC staff and the defense are currently memorializing the terms of the settlement proposal and need 45 days to seek the approval of the five commissioners of the SEC and thereafter present it to this Court. Therefore, the defense respectfully requests that the Court not take up and instead put over the restitution/fine phase of the upcoming sentencing hearing until August 16, 2010, when the parties expect to present an agreed upon order to the Court.

5. Per the terms of the Plea Agreement, Mr. Wolff's reporting date of June 21, 2010 would not be affected and he intends to report on that date. The defense and Mr. Wolff will appear on Monday June 14th and sign a waiver of his appearance for the continued hearing, if such a hearing ever becomes necessary.

6. The Government has been fully informed of the above and has no objection to the request.  Attorneys for the SEC also have no objection to this request and will be in Court on June 14, 2010 in case the court has any questions.

| | |
|---|---|
| DATED: June 10, 2010 | Respectfully submitted, |
| | GREENBERG TAURIG, LLP |
| | /s/ John F. Gibbons |
| | JOHN F. GIBBONS |
| | /s/ Daniel D. Rubinstein |
| | DANIEL D. RUBINSTEIN |
| | Attorneys for Defendant, STUART H. WOLFF |