**GREENBERG TRAURIG, LLP**
John F. Gibbons *(pro hac vice)*
Daniel D. Rubinstein (Cal. Bar No. 178896)
77 West Wacker Drive
Suite 3100
Chicago, Illinois 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435
Email:  Gibbonsj@gtlaw.com
Email:  Rubinsteindd@gtlaw.com

**GREENBERG TRAURIG, LLP**
WENDY M. MANTELL (Cal. Bar No. 225544)
2450 Colorado Avenue
Suite 400E
Santa Monica, CA 90404
Telephone:  (310) 586-7700
Facsimile:  (310) 586-7800

Attorneys for Stuart H. Wolff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>STUART H. WOLFF<br><br>          Defendant. | CASE NO. CR-05-398 GAF<br><br>**STATUS REPORT REGARDING RESTITUTION AND REQUEST TO RE-SET DATE FOR ENTRY OF ORDER**<br><br>Current Sentencing Date: August 30, 2010<br>Proposed Sentencing Date: October 18, 2010 |

1. The parties are scheduled to appear in court on Monday, August 30, 2010. We request that the hearing be continued to October 18, 2010 for the following reasons. Over the last several months, the defense and the SEC have been negotiating a disgorgement/restitution-based settlement. The defense had previously forwarded binders of financial information to the SEC staff, with detailed information regarding Mr. Wolff's assets and liabilities. These have been updated recently per the request of the SEC staff.

2. Over the last several days, the SEC staff has agreed to recommend that the SEC (the five Commissioners in Washington, DC) accept the settlement terms memorialized in a Final Judgment of Permanent Injunction and Other Relief Against Stuart H. Wolff, Consent of Stuart H. Wolff to Final Judgment of Permanent Injunction and Other Relief, and a Security and Pledge Agreement. The Commission and both parties reasonably believe that if the Commission approves the settlement, it will lead to a restitution order agreeable to this Court, which would return a material amount of money to the Plaintiffs in the related civil class action suit.

3. The defense and the SEC staff reasonably believe that if the Commission accepts the terms of the tentative settlement, the SEC enforcement action (05-CV-3132-SVW) will be resolved, saving valuable court time and legal fees to all parties.

4. The SEC staff and the defense reasonably believe that we will need an additional 45 days for the five Commissioners of the SEC to review (and approve) the settlement documents so that we can thereafter present it to this Court. Therefore, the defense respectfully requests that the Court not take up and instead put over the restitution/fine phase of the continued sentencing hearing until October 18, 2010, when the parties expect to present an agreed upon order to the Court.

5. As the Court is aware, Mr. Wolff reported to prison on June 21, 2010, thus that phase of the sentencing proceedings is completed and will not be affected by this request.

6. The Government has been fully informed of the above and has no objection to the request. Attorneys for the SEC also have no objection to this request and will be in Court on August 30, 2010 if the matter remains on calendar.

DATED:  August 24, 2010	Respectfully submitted,

GREENBERG TRAURIG, LLP


/s/ John F. Gibbons
JOHN F. GIBBONS

/s/ Daniel D. Rubinstein
DANIEL D. RUBINSTEIN

Attorneys for Defendant,
STUART H. WOLFF