**GREENBERG TRAURIG, LLP**
John F. Gibbons *(pro hac vice)*
Daniel D. Rubinstein (Cal. Bar No. 178896)
77 West Wacker Drive
Suite 3100
Chicago, Illinois 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435
Email:  Gibbonsj@gtlaw.com
Email:  Rubinsteindd@gtlaw.com

**GREENBERG TRAURIG, LLP**
WENDY M. MANTELL (Cal. Bar No. 225544)
2450 Colorado Avenue
Suite 400E
Santa Monica, CA 90404
Telephone:  (310) 586-7700
Facsimile:  (310) 586-7800

Attorneys for Stuart H. Wolff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STUART H. WOLFF,<br><br>Defendant. | CASE NO. CR-05-398 GAF<br><br>[PROPOSED] ORDER REGARDING RESTITUTION AND REQUEST TO RE-SET DATE FOR ENTRY OF ORDER<br><br>Current Sentencing Date: October 18, 2010<br>Proposed Sentencing Date: December 6, 2010 |

      Based upon the Request to Re-Set Date for Determination of Restitution and for good cause shown, IT IS HEREBY ORDERED that the date for final determination of restitution is extended until December 6, 2010.

Dated:  October 8, 2010

_____
HON. GARY A. FEESS
UNITED STATES DISTRICT JUDGE

Presented by:
GREENBERG TRAURIG, LLP

/s /_John F. Gibbons_____ _
John F. Gibbons
Daniel D. Rubinstein
Attorneys for Defendant Stuart Wolff